UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 FEB 23  P 2: 19

CIVIL ACTION NO. 04-12700 RCL

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| MARILYN SCHLOSSBERG AS ADMINISTRATRIX OF THE ESTATE OF FAYE SCHLOSSBERG, MARILYN SCHLOSSBERG, INDIVIDUALLY, ROBERT S. SCHLOSSBERG, INDIVIDUALLY AND ALAN G. SCHLOSSBERG, INDIVIDUALLY  PLAINTIFFS | ) ) ) ) ) ) ) ) ) |
| VS. | ) ) |
| TOWN OF NEWBURY, ROGER MERRY, CHIEF OF POLICE IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, JOHN R. LUCEY, JR., IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, MICHAEL J. FRAYLER, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, PEGGY OLSON, IN HER INDIVIDUAL AND OFFICIAL CAPACITIES, AND KEVIN MARTIN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES  DEFENDANTS | ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please enter my appearance as attorney for the Defendant, Kevin Martin, in his Individual and Official Capacities, in the above-entitled action.

**KEVIN MARTIN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES**
By His Attorney,

_____
John A. Kiernan (BBO #271020)
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

DATED: February 21, 2005

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been mailed, this 21st day of February, 2005 to all counsel of record.

Attorney Michael D. Rubenstein
1725 Revere Beach Parkway
Everett, MA 02149

_____
John A. Kiernan