UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB 23 P 2: 19
DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION NO. 04-12700 RCL

| | |
|---|---|
| MARILYN SCHLOSSBERG ) | |
| AS ADMINISTRATRIX OF THE ESTATE OF ) | |
| FAYE SCHLOSSBERG, MARILYN ) | |
| SCHLOSSBERG, INDIVIDUALLY, ) | |
| ROBERT S. SCHLOSSBERG, INDIVIDUALLY) | |
| AND ALAN G. SCHLOSSBERG, ) | |
| INDIVIDUALLY ) | |
| PLAINTIFFS ) | |
| ) | |
| VS. ) | |
| ) | |
| TOWN OF NEWBURY, ROGER MERRY, ) | |
| CHIEF OF POLICE IN HIS INDIVIDUAL AND) | |
| OFFICIAL CAPACITIES, JOHN R. LUCEY, ) | |
| JR., IN HIS INDIVIDUAL AND OFFICIAL ) | |
| CAPACITIES, MICHAEL J. FRAYLER, IN ) | |
| HIS INDIVIDUAL AND OFFICIAL ) | |
| CAPACITIES, PEGGY OLSON, IN HER ) | |
| INDIVIDUAL AND OFFICIAL CAPACITIES, ) | |
| AND KEVIN MARTIN, IN HIS INDIVIDUAL ) | |
| AND OFFICIAL CAPACITIES ) | |
| DEFENDANTS ) | |
| ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please enter my appearance as attorney for the Defendant, Kevin Martin, in his Individual and Official Capacities, in the above-entitled action.

KEVIN MARTIN, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITIES
By His Attorney,

_____
Kenneth H. Naide (BBO #643213)
BONNER KIERNAN TREBACH &
CROCIATA
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

DATED:  February 21, 2005

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been mailed, this 21st day of February, 2005 to all counsel of record.

Attorney Michael D. Rubenstein
1725 Revere Beach Parkway
Everett, MA 02149

_____
Kenneth H. Naide