UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, <br> Marilyn Schlossberg, Individually, <br> Robert Schlossberg, Individually, <br> And Alan G. Schlossberg, Individually, <br>     Plaintiffs | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| v. | ) <br> ) |
| Town of Newbury, <br> Roger Merry, Chief of Police in his Individual and Official Capacities <br> John R. Lucey, Jr., in his Individual and Official Capacities <br> Peggy Olsen, in her Individual and Official Capacities <br> Kevin Martin, in his Individual and Official Capacities, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as counsel for the defendants, Town of Newbury, Roger Merry, John R. Lucey, Jr., and Peggy Olsen, in the above-entitled action.

By defendants' counsel,

John J. Lang, Esquire
BBO# 542286
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA 01940
(781) 595-3500

Dated: March 24, 2005