# COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700-RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of<br>the Estate of Faye Schlossberg,<br>Marilyn Schlossberg, Individually,<br>Robert Schlossberg, Individually,<br>And Alan G. Schlossberg, Individually,<br>    Plaintiffs | )<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| Town of Newbury,<br>Roger Merry, Chief of Police in his<br>Individual and Official Capacities<br>John R. Lucey, Jr., in his Individual and<br>Official Capacities<br>Peggy Olsen, in her Individual and<br>Official Capacities<br>Kevin Martin, in his Individual and<br>Official Capacities,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS, TOWN OF NEWBURY, ROGER MERRY, JOHN R. LUCEY, JR., AND PEGGY OLSEN'S, ANSWER TO THE PLAINTIFFS' COMPLAINT AND JURY DEMAND

Now come the defendants, Town of Newbury, Roger Merry, Chief of Police in his Individual and Official Capacities,John R. Lucey, Jr., in his Individual and Official Capacities, and Peggy Olsen, in her Individual and Official Capacities ("defendants") in the above-entitled action and answer\ each and every allegation contained in the plaintiff's Complaint as follows:

1.    The defendants are without sufficient information to either admit or deny the allegations contained in paragraph one of the plaintiffs' Complaint.

2.    The defendants are without sufficient information to either admit or deny the allegations contained in paragraph two of the plaintiffs' Complaint.

3.   The defendants are without sufficient information to either admit or deny the allegations contained in paragraph three of the plaintiffs' Complaint.

4.   The defendants are without sufficient information to either admit or deny the allegations contained in paragraph four of the plaintiffs' Complaint.

5.   The defendants admit the allegations contained in paragraph five of the plaintiffs' Complaint.

6.   The defendants admit the allegations contained in paragraph six of the plaintiffs' Complaint.

7.   The defendants admit the allegations contained in paragraph seven of the plaintiffs' Complaint.

8.   The defendants admit the allegations contained in paragraph eight of the plaintiffs' Complaint.

9.   The defendants admit the allegations contained in paragraph nine of the plaintiffs' Complaint.

10.   The defendants decline to respond to the allegations contained in paragraph 10 of the plaintiffs' Complaint as they are directed at a co-defendant.

11.   The defendants admit the allegations contained in paragraph 11 of the plaintiffs' Complaint.

12.   The defendants admit the allegations contained in paragraph 12 of the plaintiffs' Complaint.

13.   In response to paragraph 13, the defendants state that Officers Lucey and Frayler requested Schlossberg to step out of her vehicle and she complied. Further responding, the defendants state that Schlossberg was placed under arrest for operation under the influence of drugs.

14.   In response to paragraph 14, the defendants state that Officers Lucey and Frayler reported that at the time of their initial observation of Schlossberg, her speech was slurred, slow, and at times unintelligible.

15.   The defendants admit the allegations contained in paragraph 15 of the plaintiffs' Complaint.

16.    The defendants admit the allegations contained in paragraph 16 of the plaintiffs' Complaint.

17.    The defendants admit the allegations contained in paragraph 17 of the plaintiffs' Complaint.

18.    The defendants decline to respond to the allegations contained in paragraph 18 of the plaintiffs' Complaint as they are directed at a co-defendant.

19.    The defendants admit the allegations contained in paragraph 19 of the plaintiffs' Complaint.

20.    The defendants decline to respond to the allegations contained in paragraph 20 of the plaintiffs' Complaint as they are directed at a co-defendant.

21.    The defendants deny the allegations contained in paragraph 21 of the plaintiffs' Complaint.

22.    The defendants decline to respond to the allegations contained in paragraph 22 of the plaintiffs' Complaint as they are directed at a co-defendant.

23.    The defendants deny the allegations contained in paragraph 23 of the plaintiffs' Complaint.

24.    The defendants deny the allegations contained in paragraph 24 of the plaintiffs' Complaint.

25.    The defendants deny the allegations contained in paragraph 25 of the plaintiffs' Complaint.

26.    The defendants deny the allegations contained in paragraph 26 of the plaintiffs' Complaint.

27.    The defendants are unable to admit or deny the allegations contained in this paragraph as they would require the defendants to form an opinion or conclusion of law which the defendants are unable nor required to provide.

28.    The defendants deny the allegations contained in paragraph 28 of the plaintiffs' Complaint.

29.    The defendants deny the allegations contained in paragraph 29 of the plaintiffs' Complaint.

- 4 -

30.    In response to paragraph 30, the defendants admit that Schlossberg
       was rushed to the hospital on the morning of December 22, 2001 and
       died on December 26, 2001.  The defendants are without sufficient
       information to admit or deny Schlossberg's medical condition upon
       arrival to the hospital on December 22, 2001.

31.    The defendants deny the allegations contained in paragraph 31 of the
       plaintiffs' Complaint.

32.    The defendants deny the allegations contained in paragraph 32 of the
       plaintiffs' Complaint.

33.    The defendants hereby repeat and incorporate by reference herein its
       responses to the allegations contained in paragraphs 1 through 32 of
       the plaintiffs' Complaint.

34.    The defendants deny the allegations contained in paragraph 34 of the
       plaintiffs' Complaint.

35.    The defendants deny the allegations contained in paragraph 35 of the
       plaintiffs' Complaint.

36.    The defendants deny the allegations contained in paragraph 36 of the
       plaintiffs' Complaint.

37.    The defendants deny the allegations contained in paragraph 37 of the
       plaintiffs' Complaint.

38.    The defendants deny the allegations contained in paragraph 38 of the
       plaintiffs' Complaint.

39.    The defendants hereby repeat and incorporate by reference herein its
       responses to the allegations contained in paragraphs 1 through 38 of
       the plaintiffs' Complaint.

40.    The defendants are unable to admit or deny the allegations contained
       in this paragraph as they would require the defendants to form an
       opinion or conclusion of law which the defendants are unable nor
       required to provide.

41.    The defendants admit the allegations contained in paragraph 41 of the
       plaintiffs' Complaint.

42.    No responsive pleading is required.

43.   The defendants admit the allegations contained in paragraph 43 of the plaintiffs' Complaint.

44.   The defendants deny the allegations contained in paragraph 44 of the plaintiffs' Complaint.

45.   In response to paragraph 45, the defendants deny that the Town of Newbury failed to use reasonable care in the hiring, training, and supervision of its police officers.

46.   The defendants deny the allegations contained in paragraph 46 of the plaintiffs' Complaint.

47.   The defendants deny the allegations contained in paragraph 47 of the plaintiffs' Complaint.

48.   The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 47 of the plaintiffs' Complaint.

49.   The defendants deny the allegations contained in paragraph 49 of the plaintiffs' Complaint.

50.   The defendants deny the allegations contained in paragraph 50 of the plaintiffs' Complaint.

51.   The defendants deny the allegations contained in paragraph 51 of the plaintiffs' Complaint.

52.   The defendants deny the allegations contained in paragraph 52 of the plaintiffs' Complaint.

53.   The defendants deny the allegations contained in paragraph 53 of the plaintiffs' Complaint.

54.   The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 53 of the plaintiffs' Complaint.

55.   The defendants deny the allegations contained in paragraph 55 of the plaintiffs' Complaint.

56.   The defendants deny the allegations contained in paragraph 56 of the plaintiffs' Complaint.

57.  The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 56 of the plaintiffs' Complaint.

58.  The defendants are unable to admit or deny the allegations contained in this paragraph as they would require the defendants to form an opinion or conclusion of law which the defendants are unable nor required to provide.

59.  The defendants deny the allegations contained in paragraph 59 of the plaintiffs' Complaint.

60.  The defendants deny the allegations contained in paragraph 60 of the plaintiffs' Complaint.

61.  The defendants deny the allegations contained in paragraph 61 of the plaintiffs' Complaint.

62.  The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 61 of the plaintiffs' Complaint.

63.  The defendants deny the allegations contained in paragraph 63 of the plaintiffs' Complaint.

64.  The defendants deny the allegations contained in paragraph 64 of the plaintiffs' Complaint.

65.  The defendants deny the allegations contained in paragraph 65 of the plaintiffs' Complaint.

66.  The defendants deny the allegations contained in paragraph 66 of the plaintiffs' Complaint.

67.  The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 66 of the plaintiffs' Complaint.

68.  The defendants deny the allegations contained in paragraph 68 of the plaintiffs' Complaint.

69.  The defendants deny the allegations contained in paragraph 69 of the plaintiffs' Complaint.

70.    The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 69 of the plaintiffs' Complaint.

71.    The defendants deny the allegations contained in paragraph 71 of the plaintiffs' Complaint.

72.    The defendants deny the allegations contained in paragraph 72 of the plaintiffs' Complaint.

73.    The defendants deny the allegations contained in paragraph 73 of the plaintiffs' Complaint.

74.    The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 73 of the plaintiffs' Complaint.

75.    The defendants deny the allegations contained in paragraph 75 of the plaintiffs' Complaint.

76.    In response to paragraph 76, the defendants deny that they failed to provide medical care to a person in need of such medical care.

77.    The defendants deny the allegations contained in paragraph 77 of the plaintiffs' Complaint.

78.    The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 77 of the plaintiffs' Complaint.

79.    The defendants are unable to admit or deny the allegations contained in this paragraph as they would require the defendants to form an opinion or conclusion of law which the defendants are unable nor required to provide.

80.    The defendants deny the allegations contained in paragraph 80 of the plaintiffs' Complaint.

81.    In response to paragraph 81, the defendants deny that they failed to provide medical care to a person in need of such medical care.

82.    The defendants deny the allegations contained in paragraph 80 of the plaintiffs' Complaint.

83.    The defendants hereby repeat and incorporate by reference herein its
       responses to the allegations contained in paragraphs 1 through 82 of
       the plaintiffs' Complaint.

84.    The defendants are unable to admit or deny the allegations contained
       in this paragraph as they would require the defendants to form an
       opinion or conclusion of law which the defendants are unable nor
       required to provide.

85.    The defendants deny the allegations contained in paragraph 85 of the
       plaintiffs' Complaint.

86.    The defendants deny the allegations contained in paragraph 86 of the
       plaintiffs' Complaint.

87.    The defendants deny the allegations contained in paragraph 87 of the
       plaintiffs' Complaint.

88.    The defendants hereby repeat and incorporate by reference herein its
       responses to the allegations contained in paragraphs 1 through 87 of
       the plaintiffs' Complaint.

89.    The defendants are unable to admit or deny the allegations contained
       in this paragraph as they would require the defendants to form an
       opinion or conclusion of law which the defendants are unable nor
       required to provide.

90.    The defendants deny the allegations contained in paragraph 90 of the
       plaintiffs' Complaint.

91.    The defendants deny the allegations contained in paragraph 91 of the
       plaintiffs' Complaint.

92.    The defendants deny the allegations contained in paragraph 92 of the
       plaintiffs' Complaint.

93.    The defendants hereby repeat and incorporate by reference herein its
       responses to the allegations contained in paragraphs 1 through 92 of
       the plaintiffs' Complaint.

94.    The defendants deny the allegations contained in paragraph 94 of the
       plaintiffs' Complaint.

95.    The defendants deny the allegations contained in paragraph 95 of the
       plaintiffs' Complaint.

96.   The defendants deny the allegations contained in paragraph 96 of the plaintiffs' Complaint.

97.   The defendants deny the allegations contained in paragraph 97 of the plaintiffs' Complaint.

98.   The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 97 of the plaintiffs' Complaint.

99.   The defendants deny the allegations contained in paragraph 99 of the plaintiffs' Complaint.

100.  The defendants deny the allegations contained in paragraph 100 of the plaintiffs' Complaint.

101.  The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 100 of the plaintiffs' Complaint.

102.  The defendants deny the allegations contained in paragraph 102 of the plaintiffs' Complaint.

103.  The defendants deny the allegations contained in paragraph 103 of the plaintiffs' Complaint.

104.  The defendants deny the allegations contained in paragraph 104 of the plaintiffs' Complaint.

105.  The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 104 of the plaintiffs' Complaint.

106.  The defendants deny the allegations contained in paragraph 106 of the plaintiffs' Complaint.

107.  In response to paragraph 107, the defendants deny that they failed to provide medical care to a person in need of medical care.

108.  The defendants deny the allegations contained in paragraph 108 of the plaintiffs' Complaint.

109.  The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 108 of the plaintiffs' Complaint.

110.  The defendants are unable to admit or deny the allegations contained
      in this paragraph as they would require the defendants to form an
      opinion or conclusion of law which the defendants are unable nor
      required to provide.

111.  The defendants deny the allegations contained in paragraph 111 of the
      plaintiffs' Complaint.

112.  In response to paragraph 112, the defendants deny that they failed to
      provide necessary medical care to a person in custody.

113.  The defendants deny the allegations contained in paragraph 113 of the
      plaintiffs' Complaint.

114.  The defendants hereby repeat and incorporate by reference herein its
      responses to the allegations contained in paragraphs 1 through 113 of
      the plaintiffs' Complaint.

115.  In response to paragraph 115, the defendants deny that they failed to
      obtain proper medical car and attention for Schlossberg.

116.  The defendants deny the allegations contained in paragraph 116 of the
      plaintiffs' Complaint.

117.  The defendants deny the allegations contained in paragraph 117 of the
      plaintiffs' Complaint.

118.  The defendants deny the allegations contained in paragraph 118 of the
      plaintiffs' Complaint.

119.  The defendants hereby repeat and incorporate by reference herein its
      responses to the allegations contained in paragraphs 1 through 118 of
      the plaintiffs' Complaint.

120.  The defendants are unable to admit or deny the allegations contained
      in this paragraph as they would require the defendants to form an
      opinion or conclusion of law which the defendants are unable nor
      required to provide.

121.  The defendants deny the allegations contained in paragraph 121 of the
      plaintiffs' Complaint.

122.  The defendants deny the allegations contained in paragraph 122 of the
      plaintiffs' Complaint.

123.   The defendants deny the allegations contained in paragraph 123 of the plaintiffs' Complaint.

124.   The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 123 of the plaintiffs' Complaint.

125.   The defendants deny the allegations contained in paragraph 125 of the plaintiffs' Complaint.

126.   The defendants deny the allegations contained in paragraph 126 of the plaintiffs' Complaint.

127.   The defendants deny the allegations contained in paragraph 127 of the plaintiffs' Complaint.

128.   The defendants deny the allegations contained in paragraph 128 of the plaintiffs' Complaint.

129.   The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 128 of the plaintiffs' Complaint.

130.   The defendants deny the allegations contained in paragraph 130 of the plaintiffs' Complaint.

131.   The defendants deny the allegations contained in paragraph 131 of the plaintiffs' Complaint.

132.   The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 131 of the plaintiffs' Complaint.

133.   The defendants deny the allegations contained in paragraph 133 of the plaintiffs' Complaint.

134.   The defendants deny the allegations contained in paragraph 134 of the plaintiffs' Complaint.

135.   The defendants deny the allegations contained in paragraph 135 of the plaintiffs' Complaint.

136.   The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 135 of the plaintiffs' Complaint.

137.   The defendants deny the allegations contained in paragraph 137 of the plaintiffs' Complaint.

138.   In response to paragraph 138, the defendants deny that they failed to provide medical care to a person in need of medical care.

139.   The defendants deny the allegations contained in paragraph 139 of the plaintiffs' Complaint.

140.   The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 139 of the plaintiffs' Complaint.

141.   In response to paragraph 141, the defendants deny that they failed to exercise reasonable care for the safety of Schlossberg while she was in their custody.

142.   The defendants deny the allegations contained in paragraph 142 of the plaintiffs' Complaint.

143.   In response to paragraph 143, the defendants deny that they failed to provide necessary medical care to a person in custody.

144.   The defendants deny the allegations contained in paragraph 144 of the plaintiffs' Complaint.

145.   The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 144 of the plaintiffs' Complaint.

146.   In response to paragraph 146, the defendants deny that they failed to obtain proper medical care and attention for Schlossberg.

147.   The defendants deny the allegations contained in paragraph 147 of the plaintiffs' Complaint.

148.   The defendants deny the allegations contained in paragraph 148 of the plaintiffs' Complaint.

149.   The defendants deny the allegations contained in paragraph 149 of the plaintiffs' Complaint.

150.   The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 149 of the plaintiffs' Complaint.

151.    The defendants decline to respond to the allegations contained in
        paragraph 151 of the plaintiff's Complaint as they are directed at a co-
        defendant.

152.    The defendants decline to respond to the allegations contained in
        paragraph 152 of the plaintiff's Complaint as they are directed at a co-
        defendant.

153.    The defendants decline to respond to the allegations contained in
        paragraph 153 of the plaintiff's Complaint as they are directed at a co-
        defendant.

154.    The defendants decline to respond to the allegations contained in
        paragraph 154 of the plaintiff's Complaint as they are directed at a co-
        defendant.

155.    The defendants hereby repeat and incorporate by reference herein its
        responses to the allegations contained in paragraphs 1 through 154 of
        the plaintiffs' Complaint.

156.    The defendants decline to respond to the allegations contained in
        paragraph 156 of the plaintiff's Complaint as they are directed at a co-
        defendant.

157.    The defendants decline to respond to the allegations contained in
        paragraph 157 of the plaintiff's Complaint as they are directed at a co-
        defendant.

158.    The defendants decline to respond to the allegations contained in
        paragraph 158 of the plaintiff's Complaint as they are directed at a co-
        defendant.

159.    The defendants decline to respond to the allegations contained in
        paragraph 159 of the plaintiff's Complaint as they are directed at a co-
        defendant.

160.    The defendants hereby repeat and incorporate by reference herein its
        responses to the allegations contained in paragraphs 1 through 159 of
        the plaintiffs' Complaint.

161.    The defendants decline to respond to the allegations contained in
        paragraph 161 of the plaintiff's Complaint as they are directed at a co-
        defendant.

162. The defendants decline to respond to the allegations contained in paragraph 162 of the plaintiff's Complaint as they are directed at a co-defendant.

163. The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 162 of the plaintiffs' Complaint.

164. The defendants decline to respond to the allegations contained in paragraph 164 of the plaintiff's Complaint as they are directed at a co-defendant.

165. The defendants decline to respond to the allegations contained in paragraph 165 of the plaintiff's Complaint as they are directed at a co-defendant.

166. The defendants decline to respond to the allegations contained in paragraph 166 of the plaintiff's Complaint as they are directed at a co-defendant.

167. The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 166 of the plaintiffs' Complaint.

168. The defendants decline to respond to the allegations contained in paragraph 168 of the plaintiff's Complaint as they are directed at a co-defendant.

169. The defendants decline to respond to the allegations contained in paragraph 169 of the plaintiff's Complaint as they are directed at a co-defendant.

170. The defendants decline to respond to the allegations contained in paragraph 170 of the plaintiff's Complaint as they are directed at a co-defendant.

171. The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 170 of the plaintiffs' Complaint.

172. The defendants decline to respond to the allegations contained in paragraph 172 of the plaintiff's Complaint as they are directed at a co-defendant.

173.    The defendants decline to respond to the allegations contained in paragraph 173 of the plaintiff's Complaint as they are directed at a co-defendant.

174.    The defendants decline to respond to the allegations contained in paragraph 174 of the plaintiff's Complaint as they are directed at a co-defendant.

175.    The defendants decline to respond to the allegations contained in paragraph 175 of the plaintiff's Complaint as they are directed at a co-defendant.

176.    The defendants hereby repeat and incorporate by reference herein its responses to the allegations contained in paragraphs 1 through 175 of the plaintiffs' Complaint.

177.    The defendants decline to respond to the allegations contained in paragraph 177 of the plaintiff's Complaint as they are directed at a co-defendant.

178.    The defendants decline to respond to the allegations contained in paragraph 178 of the plaintiff's Complaint as they are directed at a co-defendant.

179.    The defendants decline to respond to the allegations contained in paragraph 179 of the plaintiff's Complaint as they are directed at a co-defendant.

180.    The defendants decline to respond to the allegations contained in paragraph 180 of the plaintiff's Complaint as they are directed at a co-defendant.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
And further answering, the defendants state that the plaintiffs have failed to comply with the requirements of Mass.Gen.Laws. c.258 § 4.

### SECOND AFFIRMATIVE DEFENSE
And further answering, the defendants state that the plaintiffs' claims are barred by the provisions of Mass.Gen.Laws c.258 §10.

THIRD AFFIRMATIVE DEFENSE
And further answering, the defendant, Town of Newbury,  cannot be held liable for the alleged actions of its employees under the theory of respondent superior.

FOURTH AFFIRMATIVE DEFENSE
And further answering, the defendants state that the conduct complained of by the plaintiffs does not rise to a Constitutional violation.

FIFTH AFFIRMATIVE DEFENSE
And further answering, the defendants are entitled to qualified immunity as the conduct complained of was in the exercise of official discretion, and such conduct did not violate clearly established constitutional rights of the plaintiffs of which reasonable persons should have known.

SIXTH AFFIRMATIVE DEFENSE
And further answering, the defendants are entitled to good faith immunity under the Massachusetts common law, as the actions of the defendants' employees required discretion.

SEVENTH AFFIRMATIVE DEFENSE
And further answering, the defendants state that the actions of which the plaintiffs complain do not constitute "threats, intimidation or coercion" to support a claim under the State civil rights law.

EIGHTH AFFIRMATIVE DEFENSE
And further answering, the defendants state that the plaintiffs' Complaint fails to state a claim upon which relief may be granted.

NINTH AFFIRMATIVE DEFENSE
And further answering, the defendants deny they are liable or indebted to the plaintiff in any way or manner.

WHEREFORE, the defendants demand that the plaintiffs' Complaint be dismissed and that it be awarded its costs and expenses.

By defendants' attorney,

March 24, 2005

John J. Lang
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA  01940
(781) 595-3500