UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, <br> Marilyn Schlossberg, Individually, <br> Robert Schlossberg, Individually, <br> And Alan G. Schlossberg, Individually, <br>      Plaintiffs <br><br> v. <br><br> Town of Newbury, <br> Roger Merry, Chief of Police in his Individual and Official Capacities <br> John R. Lucey, Jr., in his Individual and Official Capacities <br> Peggy Olsen, in her Individual and Official Capacities <br> Kevin Martin, in his Individual and Official Capacities, <br>      Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |



## CERTIFICATE OF SERVICE

I, John J. Lang, counsel for the defendants, hereby certify that I have on this date served a copy of the within:

- Counsel's Notice of Appearance, and
- Defendants' Answer and Jury Demand to the Plaintiff's Complaint

by mailing, by first class mail, postage pre-paid, on:

Michael D. Rubenstein, Esquire
1725 Revere Beach Parkway
Everett, MA  02149

By defendant's counsel,

_____
John J. Lang
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA  01940
(781) 595-3500
BBO# 542286

Dated: March 24, 2005