## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 0412700 RCL

Marilyn Schlossberg as Administratrix of )
the Estate of Faye Schlossberg, )
Marilyn Schlossberg, Individually, )
Robert Schlossberg, Individually, and )
Alan G. Schlossberg, Individually, )
    Plaintiffs )
  )
v. )
  )
Town of Newbury, )
Roger Merry, Chief of Police in his )
Individual and Official Capacities, )
John R. Lucey, Jr., in his Individual and )
Official Capacities, )
Peggy Olsen, in her Individual and )
Official Capacities, )
Michael J. Frayler, in his Individual and )
Official Capacities, )
Kevin Martin, in his Individual and )
Official Capacities, )
    Defendants )

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as counsel for the defendant, Michael J. Frayler, in his Individual and Official Capacities, in the above-entitled action.

By defendants' counsel,

John J. Lang, Esquire
BBO# 542286
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA 01940
(781) 595-3500

Dated: April 22, 2005

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, And Alan G. Schlossberg, Individually,     Plaintiffs | ) ) ) ) ) ) ) |
| v. | ) ) |
| Town of Newbury, Roger Merry, Chief of Police in his Individual and Official Capacities John R. Lucey, Jr., in his Individual and Official Capacities Peggy Olsen, in her Individual and Official Capacities Michael J. Frayler, in his Individual and Official Capacities Kevin Martin, in his Individual and Official Capacities,     Defendants | ) ) ) ) ) ) ) ) ) ) ) ) |

### CERTIFICATE OF SERVICE

I, John J. Lang, counsel for the defendants, hereby certify that I have on this date served a copy of the within:

- Counsel's Notice of Appearance for Defendant, Michael J. Frayler,

by mailing, by first class mail, postage pre-paid, on:

Michael D. Rubenstein, Esquire
1725 Revere Beach Parkway
Everett, MA  02149

By defendants' counsel,

/s/ John J. Lang
John J. Lang
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA  01940
(781) 595-3500
BBO# 542286

Dated: April 22, 2005