UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #04-12700 RCL

|  |
|---|
| MARILYN SCHLOSSBERG<br>AS ADMINISTRATRIX OF THE<br>ESTATE OF FAYE SCHLOSSBERG,<br>**MARILYN SCHLOSSBERG**, INDIVIDUALLY,<br>**ROBERT S. SCHLOSSBERG**, INDIVIDUALLY,<br>and **ALAN G. SCHLOSSBERG**, INDIVIDUALLY<br><br>                    Plaintiffs<br><br>            v.<br><br>**TOWN OF NEWBURY**,<br>**ROGER MERRY, CHIEF OF POLICE** in his<br>Individual and Official Capacities<br>**JOHN R. LUCEY JR.**, in his Individual<br>and Official Capacities<br>**MICHAEL J. FRAYLER**, in his Individual<br>and Official Capacities<br>**PEGGY OLSON**, in her Individual and<br>Official Capacities,<br>**KEVIN MARTIN**, in his Individual and<br>Official Capacities.<br>                    Defendants |

**WAIVER OF SERVICE OF SUMMONS**

TO:   Attorney Michael D. Rubenstein
      1725 Revere Beach Parkway
      Everett, MA   02149

   I acknowledge receipt of your request that I waive service of a summons in the action of Marilyn Schlossberg, Administratrix of the Estate of Faye Schlossberg, et al v. Peggy Olson, et al, which is case number #04-12700 RCL in the United States District Court for the District of Massachusetts.  I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

    I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after January 8, 2005, or within 90 days after that date if the request was sent outside the United States.

Dated: 2 JANUARY 2005         _Peggy Olson_
                                                         Peggy Olson
                                                         Individually and in her
                                                         Official Capacity

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416