UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Marilyn Schlossberg_
Plaintiff

V.

_Town of Newbury_
Defendant

CIVIL ACTION

NO. _04-12700-RCL_

## ORDER RETURNING PLEADINGS

_Lindsay_ D.J.

On _May 24, 2005_ the Clerk received your _Opposition to Motion to Dismiss_ for filing in the above-entitled action, however, it is hereby ORDERED that the above document(s) be returned for the reason(s) checked below:

( )  The certificate of service does not conform to Local Rule 5.2(b)(2) because it is not on the bottom of, or in the margin, of the last page of the paper to which it relates or is not single-spaced.

( )  The papers or documents do not conform to Local Rule 5.1(a) because:

   ( )  Board of Bar Overseers Registration Number has not been provided.

   ( )  8 1/2" x 11" paper has not been used.

   ( )  A backer is attached.

   ( )  The documents are not properly bound.

   ( )  The text is not double-spaced.

   ( )  The discovery request or response text is not single-spaced.

( )  Motion to amend to add party is not accompanied by certificate regarding service on new party pursuant to Local Rule 15.1(B).

( )  Discovery documents are not to be filed with the Court pursuant to Local Rule 26.6(A).

( )  The discovery motion(s) is/are not accompanied by the certification of personal consultation required by Local Rule 7.1(A)(2), 26.2(C) and 37.1(B).

(✓)  Other _Untimely filed_

_5/31/05_
DATE

_Reginald C. Lindsay_
UNITED STATES DISTRICT JUDGE
by: _Lisa M Hourihan_
Deputy Clerk   [o.]

(Retndocs.ord - 09/92)