UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #04-12700 RCL

---

MARILYN SCHLOSSBERG                             *
AS ADMINISTRATRIX OF THE                        *
ESTATE OF FAYE SCHLOSSBERG,                     *
MARILYN SCHLOSSBERG, INDIVIDUALLY,              *
ROBERT S. SCHLOSSBERG, INDIVIDUALLY,            *
and ALAN G. SCHLOSSBERG, INDIVIDUALLY           *
                                                *
            Plaintiffs                          *
                                                *
        v.                                      *
                                                *
TOWN OF NEWBURY,                                *
ROGER MERRY, CHIEF OF POLICE in his             *
Individual and Official Capacities              *
JOHN R. LUCEY JR., in his Individual            *
and Official Capacities                         *
MICHAEL J. FRAYLER, in his Individual           *
and Official Capacities                         *
PEGGY OLSON, in her Individual and              *
Official Capacities,                            *
KEVIN MARTIN, in his Individual and             *
Official Capacities.                            *
            Defendants                          *
                                                *

---

**PLAINTIFF'S MOTION FOR RECONSIDERATION**

Now comes the Plaintiffs, Marilyn Schlossberg, et al, and respectfully moves that this Honorable Court reconsider it's allowance of the Defendant, Kevin Martin's Motion to Dismiss Pursuant to Rule 12(b)(6). As grounds for said motion the Plaintiff asserts the following:

1. At the time that this Honorable Court ruled on the Defendant's Motion to Dismiss, the Court did not take into consideration the arguments contained in the Plaintiff's opposition to said motion.

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

2. The Plaintiff's opposition had been returned to the Plaintiff's attorney under the mistaken belief that it had been untimely filed. As such, the Court did not consider the arguments contained therein or the evidence presented with the opposition, and allowed the Defendant's motion to dismiss, unopposed.

3. The Court was not aware at the time that it returned the Plaintiff's opposition as being untimely filed that the Defendant's attorney had agreed to an extension of time by which Plaintiff had to file said opposition with the court. See Affidavit of Attorney Michael D. Rubenstein, which is attached hereto and incorporated herein by reference.

4. The Plaintiff has a meritorious claim against the Defendant, at least as to several of the counts of the complaint. It would be an injustice for the Plaintiff's claim to be dismissed outright on Defendant's Rule 12(b)(6) motion, without the court having had the benefit of at least hearing Plaintiff's arguments and seeing the evidence presented in support of that argument.

**WHEREFORE**, the Plaintiff respectfully moves that this Honorable Court reconsider it's allowance of the Defendant's Motion to Dismiss, allow the Plaintiff to file it's opposition late, and then, after having heard both sides, rule on the Defendant's motion.

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW
1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

Dated: 6/19/05

Respectfully submitted,
Marilyn Schlossberg, et al
By their attorney,

*Michael D. Rubenstein*

Michael D. Rubenstein, Esq.
1725 Revere Beach Parkway
Everett, MA  02149
(617) 387-3548
B.B.O. #545358

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416