UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #04-12700 RCL

|  |  |
|---|---|
| MARILYN SCHLOSSBERG<br>AS ADMINISTRATRIX OF THE<br>ESTATE OF FAYE SCHLOSSBERG,<br>**MARILYN SCHLOSSBERG**, INDIVIDUALLY,<br>**ROBERT S. SCHLOSSBERG**, INDIVIDUALLY,<br>and **ALAN G. SCHLOSSBERG**, INDIVIDUALLY<br><br>    Plaintiffs<br><br>v.<br><br>**TOWN OF NEWBURY**,<br>**ROGER MERRY, CHIEF OF POLICE** in his<br>Individual and Official Capacities<br>**JOHN R. LUCEY JR.**, in his Individual<br>and Official Capacities<br>**MICHAEL J. FRAYLER**, in his Individual<br>and Official Capacities<br>**PEGGY OLSON**, in her Individual and<br>Official Capacities,<br>**KEVIN MARTIN**, in his Individual and<br>Official Capacities.<br>    Defendants | * * * * * * * * * * * * * * * * * * * * * * * |

**AFFIDAVIT OF MICHAEL D. RUBENSTEIN, ESQ.**

I, Michael D. Rubenstein, upon oath and being duly sworn, hereby depose and say that:

1. My name is Michael D. Rubenstein, and I am the attorney of record for the Plaintiffs in the above-captioned matter.

2. The Defendant, Kevin Martin, through counsel, filed a Motion to Dismiss, pursuant to Rule 12(b)(6).

3. At the time of the filing, and during the period when the Plaintiffs' response to the motion was due, Plaintiff's counsel had back to back trials, and then was out of the

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

Commonwealth on vacation.

4. Further complicating matters, the Plaintiffs' expert witness, whose report was a vital piece of evidence that needed to included with Plaintiff's opposition was away on vacation for several weeks, and Plaintiff's counsel needed an extension of time by which his response to the motion was due.

5. I contacted Kenneth H. Naide, Esq., the attorney of record for the Defendant, Kevin Martin, and the author of the motion which was pending before the Court, and requested an extension of time by which to file Plaintiffs' opposition.

6. Attorney Naide, being the gentleman that he is, graciously accommodated my need for an extension of time by which Plaintiffs' opposition had to be filed.

7. Plaintiffs' opposition was filed with the Court within the extension of time that was granted to Plaintiffs by Attorney Naide.

Signed under the pains and penalties of perjury this 19th day of June, 2005.

*Michael D. Rubenstein*
Michael D. Rubenstein, Esq.

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #04-12700 RCL

| | |
|---|---|
| **MARILYN SCHLOSSBERG** AS ADMINISTRATRIX OF THE ESTATE OF FAYE SCHLOSSBERG, **MARILYN SCHLOSSBERG, INDIVIDUALLY, ROBERT S. SCHLOSSBERG, INDIVIDUALLY,** and **ALAN G. SCHLOSSBERG, INDIVIDUALLY** Plaintiffs v. **TOWN OF NEWBURY, ROGER MERRY, CHIEF OF POLICE** in his Individual and Official Capacities **JOHN R. LUCEY JR.,** in his Individual and Official Capacities **MICHAEL J. FRAYLER,** in his Individual and Official Capacities **PEGGY OLSON,** in her Individual and Official Capacities, **KEVIN MARTIN,** in his Individual and Official Capacities. Defendants | * * * * * * * * * * * * * * * * * * * * * * * * |

**CERTIFICATE OF SERVICE**

I, Michael D. Rubenstein, attorney of record for the Plaintiffs in the within captioned matter, hereby certify that I have served a true copy of the Plaintiff's Motion for Reconsideration on the following individuals:

Kenneth H. Naide, Esq.  
Bonner, Kiernan, Trebach & Crociata  
One Liberty Square  
Boston, MA  02109

John J. Lang, Esq.  
Lang & Associates  
220 Broadway, Suite 105  
Lynnfield, MA  01940

by first class mail, postage prepaid.

Signed under the pains and penalties of perjury this 19th day of June, 2005.

_Michael D. Rubenstein_
Michael D. Rubenstein, Esq.

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416