AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____

## APPEARANCE

CASE NUMBER: 04 - 12700 RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Estate of Faye Schlossberg Et al

___8/15/05___
Date

___[signature]___
Signature

ROBYN A BRIATICO
Print Name  LAW OFFICE OF MICHAEL D RUBENSTEIN

1745 Revere Beach Pkwy
Address

Everett           MA           02149
City              State        Zip Code

617 387 6800
Phone Number