UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #04-12700 RCL

| | |
|---|---|
| MARILYN SCHLOSSBERG<br>AS ADMINISTRATRIX OF THE<br>ESTATE OF FAYE SCHLOSSBERG,<br>MARILYN SCHLOSSBERG, INDIVIDUALLY,<br>ROBERT S. SCHLOSSBERG, INDIVIDUALLY,<br>and ALAN G. SCHLOSSBERG, INDIVIDUALLY<br><br>                    Plaintiffs<br><br>        v.<br><br>TOWN OF NEWBURY,<br>ROGER MERRY, CHIEF OF POLICE in his<br>Individual and Official Capacities<br>JOHN R. LUCEY JR., in his Individual<br>and Official Capacities<br>MICHAEL J. FRAYLER, in his Individual<br>and Official Capacities<br>PEGGY OLSON, in her Individual and<br>Official Capacities,<br>KEVIN MARTIN, in his Individual and<br>Official Capacities.<br>                    Defendants | * |

### PLAINTIFFS' AUTOMATIC DISCLOSURES

Now comes the Plaintiffs, Marilyn Schlossberg, et al, pursuant to Rule 26 of the Federal Rules of Civil Procedure, and makes the following disclosures:

**Rule 26 (a)(1)(A):** The names and addresses of each individual likely to have discoverable information that the Plaintiffs may use to support its claims:

a.  Marilyn Schlossberg
    1401 Red Crest Lane, Unit 103
    Las Vegas, NV  89144

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

b.  Robert S. Schlossberg
    9 Kent A
    West Palm Beach, FL  33417-1702

c.  Alan G. Schlossberg
    2236 Timber Road Drive
    Las Vegas, NV  89134

d.  Roger Merry, Chief of Police
    Newbury Police Department

e.  John R. Lucey, Jr.
    Newbury Police Department

f.  Michael J. Frayler
    Newbury Police Department

g.  Peggy Olsen,
    Newbury Police Department

h.  Kevin Martin
    Newburyport Police Department

i.  Trooper Brodette
    Mass. State Police Department

j.  Matthew Passeri,
    Newbury Police Department

k.  Charles Eaton,
    Newbury Police Department

l.  Dr. Matthew Cote
    Anna Jacques Hospital

m.  Dr. William Zane
    Office of the Chief Medical Examiner

n.  Dana Davis
    Emergency Medical Technician

o.  Tim Wareham
    Emergency Medical Technician

The Plaintiffs reserve the right to supplement this witness list as discovery is still ongoing.

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

**Rule 26 (a)(1)(B):** description of documents that Plaintiffs possess or intend to possess which supports their claims:

a. Medical Records of the Ana Jacques Hospital. Said records are in the possession of the Plaintiffs but are too voluminous to produce at this time and will be furnished to Defendants.

b. Autopsy report of Dr. William Zane, Office of the Chief Medical Examiner. Said documents are in possession of Plaintiffs and will be furnished to Defendants.

c. Medical records of Tim Wareham and Dana Davis, emergency medical technicians who provided treatment to the decedent. Said records will be furnished to the Defendants.

d. Police reports, booking sheets, breathalyzer test results, and other records of the Newbury Police Department, including but not limited to reports of Officer Lucey, Officer Frayler, Dispatcher Olsen, Officer Eaton, Officer Passeri, and any other officers who may have prepared reports.

e. Police Report and Drug Recognition Evaluation prepared by Officer Kevin Martin of the Newburyport Police Department. Said records will be furnished to the Defendants.

f. Investigative Report of Trooper Brodette of the Massachusetts State Police Department. The Plaintiffs do not yet possess said report, but will furnish same to Defendants when it becomes available.

The Plaintiffs reserve the right to supplement this exhibit list as discovery is still ongoing.

**Rule 26 (a)(1)(C):** computation of damages. The Plaintiffs do not possess any such documents at this time. Should the Plaintiffs come into possession of any such documents, this response will be supplemented and any such computation will be furnished to the Defendants.

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

**Rule 26 (a)(1)(D):** insurance agreements. The Plaintiffs do not possess any such documents at this time. Should the Plaintiffs come into possession of any such documents, this response will be supplemented and the Defendants will be furnished with a copy of said documents.

Dated: 8/31/05

        Respectfully submitted,
        Marilyn Schlossberg, et al
        By their attorney,

*Michael D. Rubenstein*

        Michael D. Rubenstein, Esq.
        1725 Revere Beach Parkway
        Everett, MA 02149
        (617) 387-3548
        B.B.O. #545358

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #04-12700 RCL

| | |
|---|---|
| MARILYN SCHLOSSBERG AS ADMINISTRATRIX OF THE ESTATE OF FAYE SCHLOSSBERG, MARILYN SCHLOSSBERG, INDIVIDUALLY, ROBERT S. SCHLOSSBERG, INDIVIDUALLY, and ALAN G. SCHLOSSBERG, INDIVIDUALLY<br><br>Plaintiffs<br><br>v.<br><br>TOWN OF NEWBURY, ROGER MERRY, CHIEF OF POLICE in his Individual and Official Capacities JOHN R. LUCEY JR., in his Individual and Official Capacities MICHAEL J. FRAYLER, in his Individual and Official Capacities PEGGY OLSON, in her Individual and Official Capacities.<br>Defendants | * * * * * * * * * * * * * * * * * * * * * |

**CERTIFICATE OF SERVICE**

I, Michael D. Rubenstein, attorney of record for the Plaintiffs in the within captioned matter, hereby certify that I have served a true copy of the Plaintiff's Automatic Disclosures Pursuant to Rule 26 on the following individuals:

John J. Lang, Esq.
Lang & Associates
220 Broadway, Suite 105
Lynnfield, MA   01940

by facsimile and by first class mail, postage prepaid.

Signed under the pains and penalties of perjury this 31st day of Augst, 2005.

*Michael D. Rubenstein*
Michael D. Rubenstein, Esq.

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416