# COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, And Alan G. Schlossberg, Individually,     Plaintiffs | ) ) ) ) ) ) ) |
| v. | ) ) |
| Town of Newbury, Roger Merry, Chief of Police in his Individual and Official Capacities John R. Lucey, Jr., in his Individual and Official Capacities Peggy Olsen, in her Individual and Official Capacities Michael J. Frayler, in his Individual and Official Capacities Kevin Martin, in his Individual and Official Capacities,     Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) |

### DEFENDANTS' MOTION FOR ORDER COMPELLING RESPONSES TO DEFENDANTS' REQUEST TO PRODUCE OF PLAINTIFFS, MARILYN SCHLOSSBERG AND ROBERT SCHLOSSBERG

Defendants, Town of Newbury; Roger Merry, Chief of Police in his Individual and Official Capacities; John R. Lucey, Jr., in his Individual and Official Capacities; Peggy Olsen, in her Individual and Official Capacities; and Michael J. Frayler, in his Individual and Official Capacities; in the above-entitled action, move this Court for an Order compelling the plaintiffs, Marilyn Schlossberg and Robert Schlossberg, to produce all of the documents requested in its First Request For Production of Documents.

In support thereof, the Defendants state the following:

1. On May 13, 2005, Defendants, Town of Newbury; Roger Merry, Chief of Police in his Individual and Official Capacities; John R. Lucey, Jr., in his Individual and Official Capacities; Peggy Olsen, in her Individual and Official Capacities; and Michael J. Frayler, in his Individual and Official Capacities, duly served its First Request For Production of Documents on Michael D. Rubenstein, counsel for the plaintiffs, Marilyn Schlossberg and Robert Schlossberg, requiring Marilyn Schlossberg and Robert Schlossberg to file written response to the Request no later than June 13, 2005, and requiring the plaintiffs, Marilyn Schlossberg and Robert Schlossberg, to produce the requested documents no later than June 13, 2005.

2. Counsel for defendants has made telephone calls to plaintiffs' counsel, Michael D. Rubenstein, regarding the failure to respond to defendants' Requests.

3. No responses or objections to the Requests have ever been served by Marilyn Schlossberg and Robert Schlossberg, and no request for an extension of time to respond has been made.

Defendants, Town of Newbury; Roger Merry, Chief of Police in his Individual and Official Capacities; John R. Lucey, Jr., in his Individual and Official Capacities; Peggy Olsen, in her Individual and Official Capacities; and Michael J. Frayler, in his Individual and Official Capacities; in the above-entitled action, move this Court for an Order:

1. Compelling the plaintiffs, Marilyn Schlossberg and Robert Schlossberg, to produce all of the documents requested in its First Request For Production of Documents no later than January 11, 2006;

2. Finding that any and all potential objections to the First Request For Production

of Documents have been waived by the plaintiffs, Marilyn Schlossberg and Robert Schlossberg;

3. Establishing sanctions in the event that the plaintiffs, Marilyn Schlossberg and Robert Schlossberg, fail to comply with this Order.

By defendants' counsel,

_____
John J. Lang
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA  01940
(781) 595-3500

Dated: December 16, 2005               BBO# 542286