UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, And Alan G. Schlossberg, Individually,<br>    Plaintiffs<br><br>v.<br><br>Town of Newbury,<br>Roger Merry, Chief of Police in his Individual and Official Capacities<br>John R. Lucey, Jr., in his Individual and Official Capacities<br>Peggy Olsen, in her Individual and Official Capacities<br>Michael J. Frayler, in his Individual and Official Capacities<br>Kevin Martin, in his Individual and Official Capacities,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, John J. Lang, counsel for the defendants, hereby certify that I have on this date served a copy of the within:

- Defendants' Motion For Order to Compel Answers To Interrogatories of Plaintiffs, Marilyn Schlossberg and Robert Schlossberg; and
- Defendants' Motion For Order Compelling Responses To Defendants' Request To Produce of Plaintiffs, Marilyn Schlossberg and Robert Schlossberg;

by mailing, by first class mail, postage pre-paid, on:

Michael D. Rubenstein, Esquire
1725 Revere Beach Parkway
Everett, MA  02149

By defendants' counsel,

_____
John J. Lang
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA  01940
(781) 595-3500
BBO# 542286

Dated: December 16, 2005