# LANG & ASSOCIATES
## ATTORNEYS AT LAW

**220 Broadway, Suite 105**
**Lynnfield, Massachusetts, 01940**
**Tel. (781) 595-3500**
**Fax (781) 595-8585**

WRITER'S INFORMATION:
JOHN J. LANG, ESQUIRE
EMAIL: jlang@jlangandassociates.com

December 16, 2005

Clerk for Civil Business
United States District Court for
The District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Marilyn Schlossberg as Administratrix
    Of the Estate of Faye Schlossberg
Vs.  Town of Newbury, et. al.
Civil Action No: 04-12700 RCL
**Case Number: 1:04-cv-12700**

Dear Sir or Madam:

Enclosed/Attached please find the following documents with regard to the above captioned matter:

1. Defendants' Motion For Order to Compel Answers To Interrogatories of Plaintiffs, Marilyn Schlossberg and Robert Schlossberg;
2. Defendants' Motion For Order Compelling Responses To Defendants' Request To Produce of Plaintiffs, Marilyn Schlossberg and Robert Schlossberg; and
3. Certificate of Service.

Kindly electronically file same in your usual manner.

Very truly yours,

John J. Lang

Enclosures/Attachments

cc:  Michael D. Rubenstein, Esq.