UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #04-12700 RCL

|  |  |
|---|---|
| MARILYN SCHLOSSBERG<br>AS ADMINISTRATRIX OF THE<br>ESTATE OF FAYE SCHLOSSBERG,<br>MARILYN SCHLOSSBERG, INDIVIDUALLY,<br>ROBERT S. SCHLOSSBERG, INDIVIDUALLY,<br>and ALAN G. SCHLOSSBERG, INDIVIDUALLY<br><br>　　　　　　　　　Plaintiffs<br><br>　　　　　v.<br><br>TOWN OF NEWBURY,<br>ROGER MERRY, CHIEF OF POLICE in his<br>Individual and Official Capacities<br>JOHN R. LUCEY JR., in his Individual<br>and Official Capacities<br>MICHAEL J. FRAYLER, in his Individual<br>and Official Capacities<br>PEGGY OLSON, in her Individual and<br>Official Capacities,<br>KEVIN MARTIN, in his Individual and<br>Official Capacities.<br>　　　　　　　　　Defendants | * * * * * * * * * * * * * * * * * * * * * * |

**PLAINTIFF'S MOTION TO COMPEL
DEFENDANTS' AUTOMATIC DISCLOSURES**

Now comes the Plaintiffs, Marilyn Schlossberg, et al, and respectfully moves that this Honorable Court compel the Defendants to provide the Plaintiffs with their Automatic Disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure.  As grounds for said motion, the Plaintiffs assert the following:

1. This Honorable Court ordered that the parties make their Automatic Disclosures some time in August of 2005.

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

2.  The Plaintiffs made their Automatic Disclosures pursuant to the Order of this court, but as of today's date, have not received same from the Defendants.

3.  The Plaintiffs' ability to conduct discovery in this matter is being hampered by the fact that they have not yet received the Defendants' automatic disclosures as provided by Rule 26.

WHEREFORE, the Plaintiffs respectfully move that this Honorable Court order the Defendants to make their Automatic Disclosures pursuant to Rule 26 forthwith.

Dated: 1/22/06

Respectfully submitted,
Marilyn Schlossberg, et al
By their attorney,

*Michael D. Rubenstein*

Michael D. Rubenstein, Esq.
1725 Revere Beach Parkway
Everett, MA  02149
(617) 387-3548
B.B.O. #545358

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

- Page 2 -

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #04-12700 RCL

| | |
|---|---|
| MARILYN SCHLOSSBERG<br>AS ADMINISTRATRIX OF THE<br>ESTATE OF FAYE SCHLOSSBERG,<br>MARILYN SCHLOSSBERG, INDIVIDUALLY,<br>ROBERT S. SCHLOSSBERG, INDIVIDUALLY,<br>and ALAN G. SCHLOSSBERG, INDIVIDUALLY<br><br>                Plaintiffs<br><br>         v.<br><br>TOWN OF NEWBURY,<br>ROGER MERRY, CHIEF OF POLICE in his<br>Individual and Official Capacities<br>JOHN R. LUCEY JR., in his Individual<br>and Official Capacities<br>MICHAEL J. FRAYLER, in his Individual<br>and Official Capacities<br>PEGGY OLSON, in her Individual and<br>Official Capacities.<br>                Defendants | * * * * * * * * * * * * * * * * * * * * * * |

**CERTIFICATE OF SERVICE**

    I, Michael D. Rubenstein, attorney of record for the Plaintiffs in the within captioned matter, hereby certify that I have served a true copy of the Plaintiff's Motion to Compel Automatic Disclosures on the following individuals:

John J. Lang, Esq.
Lang & Associates
220 Broadway, Suite 105
Lynnfield, MA  01940

by facsimile and by first class mail, postage prepaid.

    Signed under the pains and penalties of perjury this 22nd day of January, 2006.

*Michael D. Rubenstein*
Michael D. Rubenstein, Esq.

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416