UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #04-12700 RCL

|  |  |
|---|---|
| MARILYN SCHLOSSBERG<br>AS ADMINISTRATRIX OF THE<br>ESTATE OF FAYE SCHLOSSBERG,<br>**MARILYN SCHLOSSBERG**, INDIVIDUALLY,<br>**ROBERT S. SCHLOSSBERG**, INDIVIDUALLY,<br>and **ALAN G. SCHLOSSBERG**, INDIVIDUALLY<br><br>Plaintiffs<br><br>v.<br><br>**TOWN OF NEWBURY**,<br>**ROGER MERRY, CHIEF OF POLICE** in his<br>Individual and Official Capacities<br>**JOHN R. LUCEY JR.**, in his Individual<br>and Official Capacities<br>**MICHAEL J. FRAYLER**, in his Individual<br>and Official Capacities<br>**PEGGY OLSON**, in her Individual and<br>Official Capacities,<br>**KEVIN MARTIN**, in his Individual and<br>Official Capacities.<br>Defendants | * |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S DISCOVERY**

Now comes the Plaintiffs, Marilyn Schlossberg, et al, and respectfully moves that this Honorable Court allow them an additional 30 days to respond to Defendant's discovery requests. As grounds therefore, the Plaintiffs assert the following:

1. Plaintiff's counsel's attorney's computer crashed, and Plaintiff's counsel did not receive any of the notices of electronic filing relative to the Defendant's Motion to Compel until January 21, 2006, when he was informed of same

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

by another individual.

2. The Plaintiffs reside in Nevada and Florida, and the geographical logistics make it impossible for Plaintiffs to assemble all the documents and answer the interrogatories by January 23, 2006 as required by the Court's order.

3. The Defendants will not be prejudiced in any manner by the slight delay, in light of the fact that the Defendants have not yet even provided Plaintiffs with their automatic disclosures, which were due some time in August of 2005.

WHEREFORE, the Plaintiffs respectfully request a 30 day extension of time by which to respond to Defendant's discovery responses.

Dated: 1/22/06

Respectfully submitted,
Marilyn Schlossberg, et al
By their attorney,

*Michael D. Rubenstein*

Michael D. Rubenstein, Esq.
1725 Revere Beach Parkway
Everett, MA  02149
(617) 387-3548
B.B.O. #545358

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #04-12700 RCL

|  |  |
|---|---|
| MARILYN SCHLOSSBERG<br>AS ADMINISTRATRIX OF THE<br>ESTATE OF FAYE SCHLOSSBERG,<br>MARILYN SCHLOSSBERG, INDIVIDUALLY,<br>ROBERT S. SCHLOSSBERG, INDIVIDUALLY,<br>and ALAN G. SCHLOSSBERG, INDIVIDUALLY<br>  Plaintiffs<br><br>v.<br><br>TOWN OF NEWBURY,<br>ROGER MERRY, CHIEF OF POLICE in his<br>Individual and Official Capacities<br>JOHN R. LUCEY JR., in his Individual<br>and Official Capacities<br>MICHAEL J. FRAYLER, in his Individual<br>and Official Capacities<br>PEGGY OLSON, in her Individual and<br>Official Capacities.<br>  Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

**CERTIFICATE OF SERVICE**

   I, Michael D. Rubenstein, attorney of record for the Plaintiffs in the within captioned matter, hereby certify that I have served a true copy of the Plaintiff's Motion for Extension of Time to Respond to Defendant's Discovery on the following individuals:

John J. Lang, Esq.
Lang & Associates
220 Broadway, Suite 105
Lynnfield, MA  01940

by facsimile and by first class mail, postage prepaid.

   Signed under the pains and penalties of perjury this 22nd day of January, 2006.

*Michael D. Rubenstein*
Michael D. Rubenstein, Esq.

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416