# COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, And Alan G. Schlossberg, Individually,     Plaintiffs | )<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| Town of Newbury, Roger Merry, Chief of Police in his Individual and Official Capacities John R. Lucey, Jr., in his Individual and Official Capacities Peggy Olsen, in her Individual and Official Capacities Michael J. Frayler, in his Individual and Official Capacities Kevin Martin, in his Individual and Official Capacities,     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION FOR ORDER TO COMPEL ANSWERS TO INTERROGATORIES OF PLAINTIFFS, MARILYN SCHLOSSBERG AND ROBERT SCHLOSSBERG

Defendants, Town of Newbury; Roger Merry, Chief of Police in his Individual and Official Capacities; John R. Lucey, Jr., in his Individual and Official Capacities; Peggy Olsen, in her Individual and Official Capacities; and Michael J. Frayler, in his Individual and Official Capacities; in the above-entitled action, move this Court for an Order compelling the plaintiffs, Marilyn Schlossberg and Robert Schlossberg, to answer Interrogatories propounded by the defendants.

In support thereof, the Defendants state the following:

1. On May 13, 2005,  Interrogatories were served upon Michael D. Rubenstein, counsel for the plaintiffs, Marilyn Schlossberg and Robert Schlossberg, on behalf of the Defendants, requiring Marilyn Schlossberg and Robert Schlossberg to file written answers, under oath, no later than June 28, 2005.

Individual and Official Capacities; in the above-entitled action, move this Court for an Order:

1. Compelling the plaintiffs, Marilyn Schlossberg and Robert Schlossberg, to answer the Interrogatories propounded by the defendants, in writing and under oath, fully and without objection, no later than January 11, 2006.

2. Finding that any and all potential objections to the interrogatories have been waived by the plaintiffs, Marilyn Schlossberg and Robert Schlossberg.

3. Establishing sanctions in the event that the plaintiffs, Marilyn Schlossberg and Robert Schlossberg, fail to comply with this Order.

By defendants' counsel,

　　/s/ John J. Lang　　　　
John J. Lang
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA  01940
(781) 595-3500
BBO# 542286

Dated: December 16, 2005

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, And Alan G. Schlossberg, Individually,     Plaintiffs | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) |
| Town of Newbury, Roger Merry, Chief of Police in his Individual and Official Capacities John R. Lucey, Jr., in his Individual and Official Capacities Peggy Olsen, in her Individual and Official Capacities Michael J. Frayler, in his Individual and Official Capacities Kevin Martin, in his Individual and Official Capacities,     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, John J. Lang, counsel for the defendants, hereby certify that I have on this date served a copy of the within:

- Defendants' Motion For Order to Compel Answers To Interrogatories of Plaintiffs, Marilyn Schlossberg and Robert Schlossberg; and
- Defendants' Motion For Order Compelling Responses To Defendants' Request To Produce of Plaintiffs, Marilyn Schlossberg and Robert Schlossberg
- (2)  Counsel's Affidavit of Compliance with Rule 7.1(a)(2);
- Defendant's Request For Oral Argument,

by mailing, by first class mail, postage pre-paid, on:

Michael D. Rubenstein, Esquire
1725 Revere Beach Parkway
Everett, MA  02149

**And** have filed said documents through the ECF system which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By defendants' counsel,

"/s/ John J. Lang"
LANG & ASSOCIATES
220 Broadway, Suite 105

- 2 -

Lynnfield, MA  01940
(781) 595-3500
Dated: May 22, 2006                                    BBO# 542286

# AFFIDAVIT OF JOHN J. LANG
### In Compliance with Local Rule 7.1(a)(2)

I, John J. Lang, being duly sworn, deposed and say:

1. On May 13, 2005, I served Interrogatories on Michael D. Rubenstein, counsel for the plaintiffs, Marilyn Schlossberg and Robert Schlossberg, on behalf of the Defendants, requiring Marilyn Schlossberg and Robert Schlossberg to file written answers, under oath, no later than June 28, 2005.

2. I have made telephone calls to plaintiffs' counsel regarding the failure to provide answers to the interrogatories.

3. No answers or objections to the Interrogatories have ever been served by Marilyn Schlossberg and Robert Schlossberg, and no request for an extension of time to respond has been made.

Signed under the pains and penalties of perjury this 22nd day of May, 2006,

"/s/ John J. Lang"

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, <br> Marilyn Schlossberg, Individually, <br> Robert Schlossberg, Individually, <br> And Alan G. Schlossberg, Individually, <br>     Plaintiffs <br><br> v. <br><br> Town of Newbury, <br> Roger Merry, Chief of Police in his Individual and Official Capacities <br> John R. Lucey, Jr., in his Individual and Official Capacities <br> Peggy Olsen, in her Individual and Official Capacities <br> Michael J. Frayler, in his Individual and Official Capacities <br> Kevin Martin, in his Individual and Official Capacities, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **REQUEST FOR ORAL ARGUMENT**

The defendants in the above-captioned matter request that this Honorable Court schedule a hearing for oral argument on their motions to compel discovery to the plaintiff pursuant to Local Rules 7.1(d), if the court deems a hearing is necessary.

By defendants' counsel,

"/s/ John J. Lang"
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA  01940
(781) 595-3500
Dated: May 22, 2006                                          BBO# 542286