# COMMONWEALTH OF MASSACHUSETTS

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of | ) |
| the Estate of Faye Schlossberg, | ) |
| Marilyn Schlossberg, Individually, | ) |
| Robert Schlossberg, Individually, | ) |
| And Alan G. Schlossberg, Individually, | ) |
|     Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| Town of Newbury, | ) |
| Roger Merry, Chief of Police in his | ) |
| Individual and Official Capacities | ) |
| John R. Lucey, Jr., in his Individual and | ) |
| Official Capacities | ) |
| Peggy Olsen, in her Individual and | ) |
| Official Capacities | ) |
| Michael J. Frayler, in his Individual and | ) |
| Official Capacities | ) |
| Kevin Martin, in his Individual and | ) |
| Official Capacities, | |
|     Defendants | |

## DEFENDANTS' MOTION FOR ORDER COMPELLING RESPONSES TO DEFENDANTS' REQUEST TO PRODUCE OF PLAINTIFFS, MARILYN SCHLOSSBERG AND ROBERT SCHLOSSBERG

Defendants, Town of Newbury; Roger Merry, Chief of Police in his Individual and Official Capacities; John R. Lucey, Jr., in his Individual and Official Capacities; Peggy Olsen, in her Individual and Official Capacities; and Michael J. Frayler, in his Individual and Official Capacities; in the above-entitled action, move this Court for an Order compelling the plaintiffs, Marilyn Schlossberg and Robert Schlossberg, to produce all of the documents requested in its First Request For Production of Documents.

In support thereof, the Defendants state the following:

1.       On May 13, 2005, Defendants, Town of Newbury; Roger Merry, Chief of
         Police in his Individual and Official Capacities; John R. Lucey, Jr., in his
         Individual and Official Capacities; Peggy Olsen, in her Individual and Official
         Capacities; and Michael J. Frayler, in his Individual and Official Capacities,
         duly served its First Request For Production of Documents on Michael D.
         Rubenstein, counsel for the plaintiffs, Marilyn Schlossberg and Robert
         Schlossberg, requiring Marilyn Schlossberg and Robert Schlossberg to file
         written response to the Request no later than June 13, 2005, and requiring the
         plaintiffs, Marilyn Schlossberg and Robert Schlossberg, to produce the
         requested documents no later than June 13, 2005.

2.       Counsel for defendants has made telephone calls to plaintiffs' counsel,
         Michael D. Rubenstein, regarding the failure to respond to defendants'
         Requests.

3.       No responses or objections to the Requests have ever been served by Marilyn
         Schlossberg and Robert Schlossberg, and no request for an extension of time
         to respond has been made.

    Defendants, Town of Newbury; Roger Merry, Chief of Police in his Individual
and Official Capacities; John R. Lucey, Jr., in his Individual and Official Capacities;
Peggy Olsen, in her Individual and Official Capacities; and Michael J. Frayler, in his
Individual and Official Capacities; in the above-entitled action, move this Court for an
Order:

1.   Compelling the plaintiffs, Marilyn Schlossberg and Robert Schlossberg, to
     produce all of the documents requested in its First Request For Production of
     Documents no later than January 11, 2006;

2.   Finding that any and all potential objections to the First Request For Production

of Documents have been waived by the plaintiffs, Marilyn Schlossberg and

Robert Schlossberg;

3.  Establishing sanctions in the event that the plaintiffs, Marilyn Schlossberg and

    Robert Schlossberg, fail to comply with this Order.


By defendants' counsel,

"/s/ John J. Lang"
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA  01940
(781) 595-3500
Dated: May 22, 2006                BBO# 542286

# AFFIDAVIT OF JOHN J. LANG
## In Compliance with Local Rule 7.1(a)(2)

I, John J. Lang, being duly sworn, deposed and say:

1.    On May 13, 2005, Defendants, Town of Newbury; Roger Merry, Chief of Police in his Individual and Official Capacities; John R. Lucey, Jr., in his Individual and Official Capacities; Peggy Olsen, in her Individual and Official Capacities; and Michael J. Frayler, in his Individual and Official Capacities, duly served its First Request For Production of Documents on Michael D. Rubenstein, counsel for the plaintiffs, Marilyn Schlossberg and Robert Schlossberg, requiring Marilyn Schlossberg and Robert Schlossberg to file written response to the Request no later than June 13, 2005, and requiring the plaintiffs, Marilyn Schlossberg and Robert Schlossberg, to produce the requested documents for inspection and copying at Lang & Associates, 220 Broadway, Suite 105, Lynnfield, Massachusetts, on June 13, 2005.

2.    I have made telephone calls to plaintiffs' counsel, Michael D. Rubenstein, regarding the failure to respond to defendants' Requests.

3.    No response or objections to the Requests have ever been served by Marilyn Schlossberg and Robert Schlossberg, and no request for an extension of time to respond has been made.

Signed under the pains and penalties of perjury this 22nd day of May, 2006,

"/s/ John J. Lang"

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, And Alan G. Schlossberg, Individually,     Plaintiffs | ) ) ) ) ) ) |
| v. | ) ) |
| Town of Newbury, Roger Merry, Chief of Police in his Individual and Official Capacities John R. Lucey, Jr., in his Individual and Official Capacities Peggy Olsen, in her Individual and Official Capacities Michael J. Frayler, in his Individual and Official Capacities Kevin Martin, in his Individual and Official Capacities,     Defendants | ) ) ) ) ) ) ) ) ) ) ) ) |

## REQUEST FOR ORAL ARGUMENT

The defendants in the above-captioned matter request that this Honorable Court schedule a hearing for oral argument on their motions to compel discovery to the plaintiff pursuant to Local Rules 7.1(d), if the court deems a hearing is necessary.

By defendants' counsel,

"/s/ John J. Lang"
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA  01940
(781) 595-3500
BBO# 542286

Dated: May 22, 2006

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS**

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of | ) |
| the Estate of Faye Schlossberg, | ) |
| Marilyn Schlossberg, Individually, | ) |
| Robert Schlossberg, Individually, | ) |
| And Alan G. Schlossberg, Individually, | ) |
|    Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| Town of Newbury, | ) |
| Roger Merry, Chief of Police in his | ) |
| Individual and Official Capacities | ) |
| John R. Lucey, Jr., in his Individual and | ) |
| Official Capacities | ) |
| Peggy Olsen, in her Individual and | ) |
| Official Capacities | ) |
| Michael J. Frayler, in his Individual and | ) |
| Official Capacities | ) |
| Kevin Martin, in his Individual and | ) |
| Official Capacities, | |
|    Defendants | |

## CERTIFICATE OF SERVICE

I, John J. Lang, counsel for the defendants, hereby certify that I have on this date served a copy of the within:

- Defendants' Motion For Order to Compel Answers To Interrogatories of Plaintiffs, Marilyn Schlossberg and Robert Schlossberg; and
- Defendants' Motion For Order Compelling Responses To Defendants' Request To Produce of Plaintiffs, Marilyn Schlossberg and Robert Schlossberg
- (2)  Counsel's Affidavit of Compliance with Rule 7.1(a)(2);
- Defendant's Request For Oral Argument,

by mailing, by first class mail, postage pre-paid, on:

Michael D. Rubenstein, Esquire
1725 Revere Beach Parkway
Everett, MA  02149

**And** have filed said documents through the ECF system which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By defendants' counsel,

"/s/ John J. Lang"
LANG & ASSOCIATES
220 Broadway, Suite 105

- 2 -

Lynnfield, MA  01940
(781) 595-3500
Dated: May 22, 2006                    BBO# 542286