## COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, And Alan G. Schlossberg, Individually,<br>    Plaintiffs<br><br>v.<br><br>Town of Newbury,<br>Roger Merry, Chief of Police in his Individual and Official Capacities<br>John R. Lucey, Jr., in his Individual and Official Capacities<br>Peggy Olsen, in her Individual and Official Capacities<br>Michael J. Frayler, in his Individual and Official Capacities<br>Kevin Martin, in his Individual and Official Capacities,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' AUTOMATIC DISCLOSURES

Now come the Defendants, Town of Newbury, Roger Merry, John R. Lucey, Jr., Michael J. Frayler, and Peggy Olsen, pursuant to Rule 26 of the Federal Rules of Civil Procedure, and makes the following disclosures:

Rule 26(a)(1)(A): The names and address of each individual likely to have discoverable information that the Defendants may use to support their defenses, identifying the subjects of the information.

    a. Roger Merry, Chief of Police
       Newbury Police Department
       policies, procedures and training of Newbury Police Department with respect to arrests and detention of persons; investigation into the arrest and detention of Faye Schlossberg.

    b.  John R. Lucey, Jr., Detective
        Newbury Police Department
        arrest and detention of Faye Schlossberg

    c.  Michael J. Frayler, Police Officer
        Newbury Police Department
        arrest and detention of Faye Schlossberg

    d.  Peggy K. Olsen, Dispatcher
        Newbury Police Department
        arrest and detention of Faye Schlossberg

    e.  Kevin Martin
        Newburyport Police Department
        drug evaluation of Faye Schlossberg

    f.  Charles Eaton, Police Officer
        Newbury Police Department
        detention of Faye Schlossberg

    g.  Matthew Passeri, Police Officer
        Newbury Police Department
        detention of Faye Schlossberg

    h.  Barry Brodette, Massachusetts State Trooper
        Massachusetts State Police
        investigation into the arrest and detention of Faye Schlossberg

    i.  Dr. Matthew Cote
        Anna Jacques Hospital
        treatment of Faye Schlossberg and cause of her cardiac arrest and death

    j.  Dr. Suzanne J. Abkowitz
        Anna Jacques Hospital
        treatment of Faye Schlossberg and cause of her cardiac arrest and death

    k.  Dr. William Zane
        Office of the Chief Medical Examiner
        cause of Faye Schlossberg's cardiac arrest and death

    l.  Dana Davis, Emergency Medical Technician
        Northeast Emergency Medical Services
        treatment of Faye Schlossberg and cause of her cardiac arrest

    m.  Tim Wareham, Emergency Medical Technician
Northeast Emergency Medical Services
treatment of Faye Schlossberg and cause of her cardiac arrest

    n.  Marilyn Schlosseberg
1401 Red Crest Lane, Unit 103, Las Vegas, NV 01944
damages

    o.  Robert S. Schlossberg
9 Kent, A
West Palm Beach, FL 33417-1702
damages

    p.  Alan G. Schlossberg
2236 Timber Road Drive, Las Vegas, NV
damages

    q.  Dorothy Berquist
damages and cause of death

The defendants reserve the right to supplement this witness list.

Rule 26(a)(1)(B): description of documents which defendants possess or intend to possess which support their defenses.

    a.    Newbury Police Department Arrest Report for Faye Schlossberg, December 21, 2001.

    b.    Newburyport Police Department Drug Recognition Evaluation for Faye Schlossberg, December 21, 2001.

    c.    Newbury Police Department Suicide Evaluation Form for Faye Schlossbergc December 21, 2001.

    d.    Commonwealth of Massachusetts Police Report of Motor Vehicle Accident for Faye Schlossberg, December 21, 2001.

    e.    Newbury Police Department Operator Information Sheet for Faye Schlossberg, December 21, 2001.

    f.    Report of Newburyport Police Officer, Kevin Martin.

    g.    Report of Newbury Patrolman, Charles Eaton.

h.    Report of Newbury Patrolman, Matthew Passeri.

i.    Report of Newbury Dispatcher, Peggy Olsen.

j.    Report of Newbury Detective, John R. Lucey.

k.    Report of Newbury Patrolman, Michael J. Frayler.

l.    Newbury Police Department record of arrests and protective custodies for Faye Schlossberg.

m.    Newbury Police Department documents relating to policies, procedures and training, including but not limited to policies and procedures for lockup and detention of prisoners and drug recognition evaluation.

n.    Northeast Emergency Medical Services report for Faye Schlossberg, December 22, 2001.

o.    Anna Jacques Hospital records for Faye Schlossberg December 22, 2001 – December 26, 2001.

p.    Commonwealth of Massachusetts Office of the Chief Medical Examiner Report for Faye Schlossberg.

q.    Certificate of Death for Faye Schlossberg.

r.    Report of Massachusetts State Police Trooper, Barry Brodette regarding investigation of Faye Schlossberg's death.

s.    Photographs of Newbury Police Station.

By defendants' counsel,

"/s/ John J. Lang"
John J. Lang
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA  01940
(781) 595-3500
BBO# 542286

Dated: December 1, 2006

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, And Alan G. Schlossberg, Individually,     Plaintiffs | )<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| Town of Newbury, Roger Merry, Chief of Police in his Individual and Official Capacities John R. Lucey, Jr., in his Individual and Official Capacities Peggy Olsen, in her Individual and Official Capacities Michael J. Frayler, in his Individual and Official Capacities Kevin Martin, in his Individual and Official Capacities,     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

   I, John J. Lang, counsel for the defendants, hereby certify that I have on this date served a copy of the within:

  1. Defendants' Automatic Disclosures

by mailing, by first class mail, postage pre-paid, on:

Michael D. Rubenstein, Esquire
1725 Revere Beach Parkway
Everett, MA  02149

John A. Kiernan, Esquire
Kenneth H. Naide, Esquire
Bonner, Kiernan, Trebach & Crociata
One Liberty Square, 6th Floor
Boston, MA  02109

                                        By defendants' counsel,

                                        <u>"/s/ John J. Lang"</u>  
                                        John J. Lang  
                                        LANG & ASSOCIATES  
                                        220 Broadway, Suite 105  
                                        Lynnfield, MA  01940  
                                        (781) 595-3500  
Dated: December 1, 2006              BBO# 542286

# LANG & ASSOCIATES
## ATTORNEYS AT LAW
_____

**220 Broadway, Suite 105**
**Lynnfield, Massachusetts, 01940**
**Tel. (781) 595-3500**
**Fax (781) 595-8585**

Writer's information:
JOHN J. LANG, ESQUIRE
EMAIL: jlang@jlangandassociates.com

December 1, 2006

Clerk for Civil Business
United States District Court for
The District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Marilyn Schlossberg as Administratrix
    Of the Estate of Faye Schlossberg
Vs.  Town of Newbury, et. al.
Civil Action No: 04-12700 RCL

Dear Sir or Madam:

Enclosed please find the Defendants' Automatic Disclosures along with a Certificate of Service.

Kindly file same in your usual manner.

Very truly yours,

"/s/ John J. Lang"

John J. Lang

Enclosures

cc:  by regular mail:
Michael D. Rubenstein, Esquire
John A. Kiernan, Esquire