# COMMONWEALTH OF MASSACHUSETTS

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, And Alan G. Schlossberg, Individually,<br>    Plaintiffs | )<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| Town of Newbury,<br>Roger Merry, Chief of Police in his Individual and Official Capacities<br>John R. Lucey, Jr., in his Individual and Official Capacities<br>Peggy Olsen, in her Individual and Official Capacities<br>Michael J. Frayler, in his Individual and Official Capacities<br>Kevin Martin, in his Individual and Official Capacities,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO FILE SUMMARY JUDGMENT MOTION LATE**

The defendants hereby move to file a summary judgment motion late. As grounds for this motion, the defendants state the following:

1.      Due to the inexperience of defendants' counsel with respect to electronic mailing, counsel was not aware of and did not attend the scheduling conference on August 15, 2005. (See Affidavit Exhibit A.)

2.      Plaintiffs' counsel subsequently sent defendants' counsel a letter about the scheduling conference and attached a copy of the court's scheduling order. Defendants' counsel did not take note of the attached scheduling order and has proceeded in the case under the

mistaken belief that no scheduling deadlines had been established. (Ex. A)

3.    Defendants' counsel had planned to file a summary judgment motion with respect to the civil rights claims after receipt of plaintiffs' interrogatory answers.

4.    The defendants filed a motion to compel plaintiffs' interrogatory answers on May 23, 2006. This motion was allowed by the Court on June 12, 2006 and required plaintiffs to file answers by June 26, 2006. This date was essentially consistent with the discovery deadline in the scheduling order of which defendants' counsel was still ignorant.

5.    On September 10, 2006, plaintiff, Robert Schlossberg filed answers to defendant, Town of Newbury's interrogatories and plaintiff, Marilyn Schlossberg filed answers to Town of Newbury's interrogatories.

6.    The plaintiffs have still not answered the following interrogatories:

a.  Defendant, Roger Merry's Interrogatories to the Plaintiff, Marilyn Schlossberg;

b.  Defendant, Roger Merry's Interrogatories to Plaintiff, Robert Schlossberg;

c.  Defendant, John Lucey, Jr.'s Interrogatories to the Plaintiff, Marilyn Schlossberg;

d.  Defendant, John Lucey, Jr.'s Interrogatories to the Plaintiff, Robert Schlossberg;

e.  Defendant, Peggy Olson's Interrogatories to the Plaintiff, Marilyn Schlossberg;

f.  Defendant, Peggy Olson's Interrogatories to the Plaintiff, Robert Schlossberg;

    g.  Defendant, Michael Frayler's Interrogatories to the Plaintiff, Marilyn Schlossberg;

    h.  Defendant, Michael Frayler's Interrogatories to the Plaintiff, Robert Schlossberg;

7.    A copy of the interrogatories are attached as Exhibit B. These interrogatories were served on or about May 12, 2005 and requested the factual basis of the civil rights claims, including all persons with knowledge of those facts and all relevant documents. Defendants' counsel was waiting for these answers before beginning preparation of a summary judgment motion. Notwithstanding the lack of such answers, defendants are prepared to serve a summary judgment motion on or before the pre-trial conference scheduled for December 15, 2006.

8.    Given the plaintiffs' failure to comply with the scheduling order and the court's order on defendants' motion to compel, the interests of fairness would be served by allowing the defendants to file a summary judgment motion late.

9.    The interests of fairness would also be served by allowance of this motion because a party should not be unduly prejudiced by the inadvertence and neglect of counsel.

10.    The interests of judicial economy would likewise be served by the allowance of the motion. If the motion is denied, a substantially similar motion will be presented to the court at trial on a directed verdict motion at the close of the evidence. If there is not sufficient evidence to go forward with some or all of the civil rights claims, it will be in the Court's interest to dismiss any such claims prior to trial in order to afford a more efficient trial.  The adjudication of a summary judgment

motion could also result the dismissal of all claims due to a lack of jurisdiction. Lastly, a summary judgment ruling is likely to promote a possible resolution of the case prior to trial.

For all of the above reasons, the defendants respectfully request that they be allowed to file a summary judgment late.

By defendants' counsel,

"/s/ John J. Lang"
John J. Lang
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA  01940
(781) 595-3500
Dated: December 1, 2006          BBO# 542286

4

# COMMONWEALTH OF MASSACHUSETTS

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, And Alan G. Schlossberg, Individually,     Plaintiffs | ) ) ) ) ) ) |
| v. | ) ) |
| Town of Newbury, Roger Merry, Chief of Police in his Individual and Official Capacities John R. Lucey, Jr., in his Individual and Official Capacities Peggy Olsen, in her Individual and Official Capacities Michael J. Frayler, in his Individual and Official Capacities,     Defendants | ) ) ) ) ) ) ) ) ) ) ) |

## <u>AFFIDAVIT OF JOHN J. LANG</u>

1. I am counsel of record for the defendants, Town of Newbury, Roger Merry, John R. Lucey, Jr., Peggy Olson, and Michael J. Frayler.

2. I was not aware of and did not attend the scheduling conference held on August 15, 2005. I believe that my inexperience with electronic mailing resulted in my failure to open the notice of the scheduling conference on my computer.

3. After the scheduling conference, plaintiffs' counsel sent me a letter about the scheduling conference and attached a copy of the court's scheduling order.

4. I inadvertently failed to take note of and review the attached scheduling order.

- 2 -

5. I have been proceeding in this case under the mistaken belief that no scheduling deadlines had been established.

6. Upon receipt of the pre-trial conference order I reviewed the file, including the scheduling order which had been attached to the letter of plaintiffs' counsel.

7. On or about May 12, 2005, 10 sets of interrogatories were served on plaintiff's counsel. I received two sets of answers from plaintiffs on or about September 10, 2006.  I have not received answers to the other 8 sets of interrogatories.

8. I had planned on filing a summary judgment motion with respect to the plaintiffs' civil rights claims after receipt of all interrogatory answers from the plaintiffs.

9. A summary judgment motion can be prepared and served on or before December 15, 2006.

Signed under the pains and penalties of perjury this 1st day of December, 2006

"/s/ John J. Lang"
John J. Lang

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 0412700 RCL

Marilyn Schlossberg as Administratrix of )
the Estate of Faye Schlossberg, )
Marilyn Schlossberg, Individually, )
Robert Schlossberg, Individually, and )
Alan G. Schlossberg, Individually, )
    Plaintiffs )
)
v. )
)
Town of Newbury, )
Roger Merry, Chief of Police in his )
Individual and Official Capacities, )
John R. Lucey, Jr., in his Individual and )
Official Capacities, )
Peggy Olsen, in her Individual and )
Official Capacities, )
Michael J. Frayler, in his Individual and )
Official Capacities, )
Kevin Martin, in his Individual and )
Official Capacities, )
    Defendants )

## DEFENDANT, MICHAEL J. FRAYLER'S, INTERROGATORIES TO THE PLAINTIFF, MARILYN SCHLOSSBERG

**DEFINITIONS:**

"Incident" means the events of December 21, 2001 and December 22, 2001 which allegedly resulted in the death of Faye Schlossberg as alleged in the Complaint.

## INTERROGATORIES

1. State each fact upon which you base the allegation that the defendant, Roger Merry, violated the civil rights of Faye Schlossberg as alleged in the Complaint.

2. Identify by name and address each person who has knowledge of any facts set forth in answer to Interrogatory No. 1.

3.  Identify each and every document which contains any of the facts set forth in answer to Interrogatory No. 1.

By Counsel for Defendants,

_____
John J. Lang
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA 01940
(781) 595-3500
Dated: May 12, 2005          BBO# 542286

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 0412700 RCL

Marilyn Schlossberg as Administratrix of )
the Estate of Faye Schlossberg, )
Marilyn Schlossberg, Individually, )
Robert Schlossberg, Individually, and )
Alan G. Schlossberg, Individually, )
    Plaintiffs )
)
v. )
)
Town of Newbury, )
Roger Merry, Chief of Police in his )
Individual and Official Capacities, )
John R. Lucey, Jr., in his Individual and )
Official Capacities, )
Peggy Olsen, in her Individual and )
Official Capacities, )
Michael J. Frayler, in his Individual and )
Official Capacities, )
Kevin Martin, in his Individual and )
Official Capacities, )
    Defendants )

## DEFENDANT, MICHAEL J. FRAYLER'S, INTERROGATORIES TO THE PLAINTIFF, ROBERT SCHLOSSBERG

**DEFINITIONS:**

"Incident" means the events of December 21, 2001 and December 22, 2001 which allegedly resulted in the death of Faye Schlossberg as alleged in the Complaint.

## INTERROGATORIES

1. State each fact upon which you base the allegation that the defendant, Roger Merry, violated the civil rights of Faye Schlossbert as alleged in the Complaint.

2. Identify by name and address each person who has knowledge of any facts set forth in answer to Interrogatory No. 1.

3. Identify each and every document which contains any of the facts set forth in answer to Interrogatory No. 1.

By Counsel for Defendants,

_____

John J. Lang
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA 01940
(781) 595-3500
Dated: May 12, 2005            BBO# 542286

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 0412700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, and Alan G. Schlossberg, Individually,<br>    Plaintiffs<br><br>v.<br><br>Town of Newbury,<br>Roger Merry, Chief of Police in his Individual and Official Capacities,<br>John R. Lucey, Jr., in his Individual and Official Capacities,<br>Peggy Olsen, in her Individual and Official Capacities,<br>Michael J. Frayler, in his Individual and Official Capacities,<br>Kevin Martin, in his Individual and Official Capacities,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT, JOHN R. LUCEY, JR.'S, INTERROGATORIES TO THE PLAINTIFF, MARILYN SCHLOSSBERG

**DEFINITIONS:**

"Incident" means the events of December 21, 2001 and December 22, 2001 which allegedly resulted in the death of Faye Schlossberg as alleged in the Complaint.

## INTERROGATORIES

1. State each fact upon which you base the allegation that the defendant, Roger Merry, violated the civil rights of Faye Schlossbert as alleged in the Complaint.

2. Identify by name and address each person who has knowledge of any facts set forth in answer to Interrogatory No. 1.

- 2 -

3.  Identify each and every document which contains any of the facts set forth in answer to Interrogatory No. 1.

By Counsel for Defendants,

_____
John J. Lang
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA 01940
(781) 595-3500
Dated: May 12, 2005          BBO# 542286

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 0412700 RCL

Marilyn Schlossberg as Administratrix of   )
the Estate of Faye Schlossberg,            )
Marilyn Schlossberg, Individually,         )
Robert Schlossberg, Individually, and      )
Alan G. Schlossberg, Individually,         )
    Plaintiffs                            )
                                           )
v.                                         )
                                           )
Town of Newbury,                           )
Roger Merry, Chief of Police in his        )
Individual and Official Capacities,        )
John R. Lucey, Jr., in his Individual and  )
Official Capacities,                       )
Peggy Olsen, in her Individual and         )
Official Capacities,                       )
Michael J. Frayler, in his Individual and  )
Official Capacities,                       )
Kevin Martin, in his Individual and        )
Official Capacities,                       )
    Defendants                             )

## DEFENDANT, JOHN R. LUCEY, JR.'S, INTERROGATORIES TO THE PLAINTIFF, ROBERT SCHLOSSBERG

**DEFINITIONS:**

"Incident" means the events of December 21, 2001 and December 22, 2001 which allegedly resulted in the death of Faye Schlossberg as alleged in the Complaint.

## INTERROGATORIES

1. State each fact upon which you base the allegation that the defendant, Roger Merry, violated the civil rights of Faye Schlossbert as alleged in the Complaint.

2. Identify by name and address each person who has knowledge of any facts set forth in answer to Interrogatory No. 1.

- 2 -

3.  Identify each and every document which contains any of the facts set forth
    in answer to Interrogatory No. 1.


                              By Counsel for Defendants,


                              _____
                              John J. Lang
                              LANG & ASSOCIATES
                              220 Broadway, Suite 105
                              Lynnfield, MA 01940
                              (781) 595-3500
Dated: May 12, 2005           BBO# 542286

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 0412700 RCL

Marilyn Schlossberg as Administratrix of
the Estate of Faye Schlossberg,
Marilyn Schlossberg, Individually,
Robert Schlossberg, Individually, and
Alan G. Schlossberg, Individually,
    Plaintiffs

v.

Town of Newbury,
Roger Merry, Chief of Police in his
Individual and Official Capacities,
John R. Lucey, Jr., in his Individual and
Official Capacities,
Peggy Olsen, in her Individual and
Official Capacities,
Michael J. Frayler, in his Individual and
Official Capacities,
Kevin Martin, in his Individual and
Official Capacities,
    Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## DEFENDANT, ROGER MERRY'S, INTERROGATORIES TO THE PLAINTIFF, MARILYN SCHLOSSBERG

**DEFINITIONS:**

"Incident" means the events of December 21, 2001 and December 22, 2001 which allegedly resulted in the death of Faye Schlossberg as alleged in the Complaint.

## INTERROGATORIES

1. State each fact upon which you base the allegation that the defendant, Roger Merry, violated the civil rights of Faye Schlossbert as alleged in the Complaint.

2. Identify by name and address each person who has knowledge of any facts set forth in answer to Interrogatory No. 1.

- 2 -

3.  Identify each and every document which contains any of the facts set forth
    in answer to Interrogatory No. 1.


                              By Counsel for Defendants,


                              _____
                              John J. Lang
                              LANG & ASSOCIATES
                              220 Broadway, Suite 105
                              Lynnfield, MA 01940
                              (781) 595-3500
Dated: May 12, 2005          BBO# 542286

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 0412700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, and Alan G. Schlossberg, Individually,     Plaintiffs<br><br>v.<br><br>Town of Newbury, Roger Merry, Chief of Police in his Individual and Official Capacities, John R. Lucey, Jr., in his Individual and Official Capacities, Peggy Olsen, in her Individual and Official Capacities, Michael J. Frayler, in his Individual and Official Capacities, Kevin Martin, in his Individual and Official Capacities,     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT, ROGER MERRY'S, INTERROGATORIES TO THE PLAINTIFF, ROBERT SCHLOSSBERG

**DEFINITIONS:**

"Incident" means the events of December 21, 2001 and December 22, 2001 which allegedly resulted in the death of Faye Schlossberg as alleged in the Complaint.

## INTERROGATORIES

1. State each fact upon which you base the allegation that the defendant, Roger Merry, violated the civil rights of Faye Schlossbert as alleged in the Complaint.

2. Identify by name and address each person who has knowledge of any facts set forth in answer to Interrogatory No. 1.

3.  Identify each and every document which contains any of the facts set forth in answer to Interrogatory No. 1.

                          By Counsel for Defendants,


                          _____
                          John J. Lang
                          LANG & ASSOCIATES
                          220 Broadway, Suite 105
                          Lynnfield, MA 01940
                          (781) 595-3500
Dated: May 12, 2005       BBO# 542286

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

C.A. No: 0412700 RCL

|  |  |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, and Alan G. Schlossberg, Individually,     Plaintiffs<br><br>v.<br><br>Town of Newbury, Roger Merry, Chief of Police in his Individual and Official Capacities, John R. Lucey, Jr., in his Individual and Official Capacities, Peggy Olsen, in her Individual and Official Capacities, Michael J. Frayler, in his Individual and Official Capacities, Kevin Martin, in his Individual and Official Capacities,     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>**DEFENDANT, PEGGY OLSEN'S, INTERROGATORIES TO THE PLAINTIFF, MARILYN SCHLOSSBERG**</u>

**DEFINITIONS:**

"Incident" means the events of December 21, 2001 and December 22, 2001 which allegedly resulted in the death of Faye Schlossberg as alleged in the Complaint.

<u>**INTERROGATORIES**</u>

1. State each fact upon which you base the allegation that the defendant, Roger Merry, violated the civil rights of Faye Schlossbert as alleged in the Complaint.

2. Identify by name and address each person who has knowledge of any facts set forth in answer to Interrogatory No. 1.

- 2 -

3.  Identify each and every document which contains any of the facts set forth in answer to Interrogatory No. 1.

By Counsel for Defendants,

_____
John J. Lang
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA 01940
(781) 595-3500
Dated: April ___, 2005         BBO# 542286

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 0412700 RCL

|  |  |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, and Alan G. Schlossberg, Individually, Plaintiffs | ) ) ) ) ) ) ) |
| v. | ) ) |
| Town of Newbury, Roger Merry, Chief of Police in his Individual and Official Capacities, John R. Lucey, Jr., in his Individual and Official Capacities, Peggy Olsen, in her Individual and Official Capacities, Michael J. Frayler, in his Individual and Official Capacities, Kevin Martin, in his Individual and Official Capacities, Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANT, PEGGY OLSEN'S, INTERROGATORIES TO THE PLAINTIFF, ROBERT SCHLOSSBERG

**DEFINITIONS:**

"Incident" means the events of December 21, 2001 and December 22, 2001 which allegedly resulted in the death of Faye Schlossberg as alleged in the Complaint.

## INTERROGATORIES

1. State each fact upon which you base the allegation that the defendant, Roger Merry, violated the civil rights of Faye Schlossbert as alleged in the Complaint.

2. Identify by name and address each person who has knowledge of any facts set forth in answer to Interrogatory No. 1.

- 2 -

3.  Identify each and every document which contains any of the facts set forth
    in answer to Interrogatory No. 1.

By Counsel for Defendants,

_____
John J. Lang
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA 01940
(781) 595-3500
Dated: April ___, 2005          BBO# 542286

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, And Alan G. Schlossberg, Individually,     Plaintiffs<br><br>v.<br><br>Town of Newbury, Roger Merry, Chief of Police in his Individual and Official Capacities John R. Lucey, Jr., in his Individual and Official Capacities Peggy Olsen, in her Individual and Official Capacities Michael J. Frayler, in his Individual and Official Capacities Kevin Martin, in his Individual and Official Capacities,     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>CERTIFICATE OF SERVICE</u>

I, John J. Lang, counsel for the defendants, hereby certify that I have on this date served a copy of the within:

- Defendant, Roger Merry's Interrogatories to the Plaintiff, Marilyn Schlossberg;
- Defendant, Roger Merry's Interrogatories to the Plaintiff, Robert Schlossberg;
- Defendant, John R. Lucey's Interrogatories to the Plaintiff, Marilyn Schlossberg;
- Defendant, John R. Lucey's Interrogatories to the Plaintiff, Robert Schlossberg;
- Defendant, Peggy Olsen's Interrogatories to the Plaintiff, Marilyn Schlossberg;
- Defendant, Peggy Olsen's Interrogatories to the Plaintiff, Robert Schlossberg;
- Defendant, Michael J. Frayler's Interrogatories to the Plaintiff, Marilyn Schlossberg;
- Defendant, Michael J. Frayler's Interrogatories to the Plaintiff, Robert Schlossberg;

by mailing, by first class mail, postage pre-paid, on:

<u>Counsel for Plaintiffs</u>
Michael D. Rubenstein, Esquire
1725 Revere Beach Parkway
Everett, MA  02149

- 2 -

<u>Counsel for Defendant, Kevin Martin</u>
John A. Kiernan, Esquire
Kenneth H. Naide, Esquire
Bonner, Kiernan, Trebach & Crociata
One Liberty Square, 6th Floor
Boston, MA  02109

By defendants' counsel,

_____
John J. Lang
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA  01940
(781) 595-3500
Dated: May 12, 2005                    BBO# 542286

# LANG & ASSOCIATES
## ATTORNEYS AT LAW

---

220 Broadway, Suite 105
Lynnfield, Massachusetts, 01940
Tel. (781) 595-3500
Fax (781) 595-8585

Writer's information:
JOHN J. LANG, ESQUIRE
EMAIL: jlang@jlangandassociates.com

December 1, 2006

Clerk for Civil Business
United States District Court for
The District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Marilyn Schlossberg as Administratrix
      Of the Estate of Faye Schlossberg
Vs.   Town of Newbury, et. al.
Civil Action No: 04-12700 RCL

Dear Sir or Madam:

Enclosed please find the Defendants' Motion to File Summary Judgment Motion Late, Request For Hearing and Certificate of Service.

Kindly file same in your usual manner.

Very truly yours,

"/s/ John J. Lang"

John J. Lang

Enclosures

cc:  by regular mail:
Michael D. Rubenstein, Esquire
John A. Kiernan, Esquire

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix | ) |
| of the Estate of Faye Schlossberg, | ) |
| Marilyn Schlossberg, Individually, | ) |
| Robert Schlossberg, Individually, | ) |
| And Alan G. Schlossberg, Individually, | ) |
|     Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| Town of Newbury, | ) |
| Roger Merry, Chief of Police in his | ) |
| Individual and Official Capacities | ) |
| John R. Lucey, Jr., in his Individual | ) |
| and Official Capacities | ) |
| Peggy Olsen, in her Individual and | ) |
| Official Capacities | ) |
| Michael J. Frayler, in his Individual | ) |
| and | ) |
| Official Capacities, | ) |
|     Defendants | |

## <u>CERTIFICATE OF SERVICE</u>

I, John J. Lang, counsel for the defendants, hereby certify that this document

1. Defendants' Motion to File Summary Judgment Motion Late

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the following by mailing, by first class mail, postage pre-paid, upon:

Michael D. Rubenstein, Esquire
1725 Revere Beach Parkway
Everett, MA  02149

John A. Kiernan, Esquire
Kenneth H. Naide, Esquire
Bonner, Kiernan, Trebach & Crociata
One Liberty Square, 6th Floor
Boston, MA  02109

- 2 -

By defendants' counsel,

"/s/ John J. Lang"
John J. Lang
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA  01940
(781) 595-3500
Dated: December 1, 2006          BBO# 542286