UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 DEC 11  P 12: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION #04-12700-RCL

| | |
|---|---|
| MARILYN SCHLOSSBERG<br>AS ADMINISTRATRIX OF THE<br>ESTATE OF FAYE SCHLOSSBERG,<br>**MARILYN SCHLOSSBERG**, INDIVIDUALLY,<br>**ROBERT S. SCHLOSSBERG**, INDIVIDUALLY,<br>and **ALAN G. SCHLOSSBERG**, INDIVIDUALLY<br><br>　　　　　　　　Plaintiffs<br><br>　　　　v.<br><br>**TOWN OF NEWBURY**,<br>**ROGER MERRY, CHIEF OF POLICE** in his<br>Individual and Official Capacities<br>**JOHN R. LUCEY JR.**, in his Individual<br>and Official Capacities<br>**MICHAEL J. FRAYLER**, in his Individual<br>and Official Capacities<br>**PEGGY OLSON**, in her Individual and<br>Official Capacities,<br>**KEVIN MARTIN**, in his Individual and<br>Official Capacities.<br>　　　　　　　　Defendants | * |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
TO FILE SUMMARY JUDGMENT MOTION LATE**

Now comes the Plaintiffs, and respectfully oppose the Defendants' Motion to File Summary Judgment Motion Late. As grounds for said opposition, the Plaintiffs assert the following:

1. The Defendants' motion does not state good grounds for allowing a late filing of a Motion for Summary Judgment.

2. Back in August of 2005, there was a scheduling conference before this Honorable Court, at which time deadlines for the filing of all pleadings and discovery in this case was established. Defendants' counsel failed to appear at that scheduling conference. Plaintiff's counsel did appear, and a scheduling deadline was set up by the Court.

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

3. Plaintiff's counsel immediately notified Defendants' counsel in writing of the fact that he had failed to appear for the scheduling conference, and provided to him a copy of the Court's scheduling order. (copy of cover letter attached hereto as Exhibit A and incorporated herein by reference).

4. Defendants' counsel's alleged unfamiliarity with the Electronic Notice System of the Court is not an excuse for his failure to comply with the scheduling order of this Court. Counsel provided him with a written copy of said order on or about August 16, 2006. As such, Defendant's counsel's allegation in his affidavit that he had been proceeding under the mistaken belief that no scheduling deadlines had been established is without merit.

5. Defendant's counsel then tries to deflect the blame for his failure to comply with the scheduling order of this court by alleging that Plaintiffs have failed to comply with discovery requests in this matter. The Plaintiffs have answered the interrogatories propounded by the Defendants. See Exhibit B which is attached hereto and incorporated herein by reference.

6. While the Plaintiffs were a little slow in getting their answers to Interrogatories back to the Defendants, said delay was caused by the fact that the Plaintiffs are elderly and reside in other parts of the country.

7. The additional Interrogatories which Defendants have attached to their motion which they claim were not answered by the Plaintiffs have never been served on the Plaintiffs. The first time we have ever seen these Interrogatories was when this motion was printed up a few days ago. See Affidavit of Counsel which is attached hereto as Exhibit C and incorporated herein by reference.

8. The Defendants' attempt to blame the Plaintiffs for their failure to comply with the scheduling order of this Court is a red-herring, meant to deflect the court from the true reason for such failure. There was no excusable neglect on the part of the Defendants or their counsel. In fact, they only now filed their Automatic Disclosures, which were served on them by the Plaintiffs back in August of 2005. The receipt of those disclosures from the Plaintiffs should have placed Defendants' counsel on notice that a scheduling order had been set by the court.

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

**WHEREFORE,** the Plaintiffs respectfully oppose the Defendant's Motion for Late Filing of Summary Judgment Motion.

Dated: 12/10/06

Respectfully submitted,
Marilyn Schlossberg, et al
By their attorney,

*Michael D. Rubenstein*

Michael D. Rubenstein, Esq.
1725 Revere Beach Parkway
Everett, MA   02149
(617) 387-3548
B.B.O. #545358

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

- Page 3 -

*Michael D. Rubenstein*
ATTORNEY AT LAW
1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149

(617) 387-3548
(FAX) (617) 387-4416



August 16, 2005


John J. Lang, Esq.
Lang & Associates
220 Broadway - Suite 105
Lynnfield, MA  01940


   RE:  Schlossberg v. Town of Newbury


Dear John:

   I just wanted to give you a heads up that Judge Lindsey was quite annoyed that you failed to appear for the scheduling conference yesterday.  He seriously considered defaulting your clients.  However, I assured him that you were a conscientious attorney and that your failure to appear was certainly an accident of some sort, and that I was not looking for sanctions.  As a result, he did not default your clients, but he did proceed with the scheduling conference in your absence.

   Today, via email, I received the enclosed scheduling order.  I wanted to make certain that you received same, so I am faxing it to you.  If you are not receiving the emails from the court, you may wish to correct that situation as soon as possible.  Judge Lindsey takes his electronic filing system very seriously.

Very truly yours,

*Michael D. Rubenstein*

Michael D. Rubenstein, Esq.

MDR/sn

Enclosure

Via Facsimile to (781) 595-8585

*Michael D. Rubenstein*
ATTORNEY AT LAW
1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149

(617) 387-3548
(FAX) (617) 387-4416



September 10, 2006

John J. Lang, Esq.
Lang & Associates
220 Broadway - Suite 105
Lynnfield, MA  01940

RE:  Schlossberg v. Town of Newbury

Dear John:

Enclosed please find the Plaintiff's Answers to Interrogatories. The originals have been sent to my client for their signatures, and I will forward same to you as soon as I get them back from my clients. They do not have fax machines, so I had to mail them. Thank you for your patience and courtesy in this matter.

Very truly yours,

Michael D. Rubenstein
Michael D. Rubenstein, Esq.

MDR/sn

Enclosure

Via Facsimile

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #04-12700 RCL

| |
|---|
| **MARILYN SCHLOSSBERG** AS ADMINISTRATRIX OF THE ESTATE OF FAYE SCHLOSSBERG, **MARILYN SCHLOSSBERG**, INDIVIDUALLY, **ROBERT S. SCHLOSSBERG**, INDIVIDUALLY, and **ALAN G. SCHLOSSBERG**, INDIVIDUALLY<br><br>Plaintiffs<br><br>v.<br><br>**TOWN OF NEWBURY**,<br>**ROGER MERRY, CHIEF OF POLICE** in his Individual and Official Capacities<br>**JOHN R. LUCEY JR.**, in his Individual and Official Capacities<br>**MICHAEL J. FRAYLER**, in his Individual and Official Capacities<br>**PEGGY OLSON**, in her Individual and Official Capacities,<br>**KEVIN MARTIN**, in his Individual and Official Capacities.<br>Defendants |



**AFFIDAVIT IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
TO FILE SUMMARY JUDGMENT MOTION LATE**

I, Michael D. Rubenstein, upon oath and being duly sworn, hereby depose and say that:

1. I am the attorney of record for the Plaintiffs in this matter, Marilyn Schlossberg, et al.

2. In August of 2005, there was a scheduling conference before this Honorable Court, Lindsay, J. The Defendants' counsel failed to attend said conference.

3. Although the Court was willing to dismiss the Defendants' case for failure to appear, I declined to accept that offer, as Defendant's counsel had always acted in a professional manner and I was certain that his failure to attend was merely an oversight of some sort, and not an intentional

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4418

default.

4. I immediately notified Defendants' counsel in writing on August 16, 2005, of his failure to appear, and of the existence of a Scheduling Order from the Court. I even printed the order out and sent it to him with my letter, so that there would be no confusion as to the scheduling of this case.

5. Despite having received a written copy of the Scheduling Order of this Court, the Defendants failed to file Automatic Disclosures with the Court, or to provide a copy of same to the Plaintiffs.

6. Plaintiff's counsel subsequently filed a Motion to Compel the automatic disclosures with the Court, and served a copy of same on the Defendant's counsel, but the motion was denied without prejudice due to a procedural failure on the part of Plaintiff's counsel. The Defendants still failed, neglected and refused to file their Automatic Disclosures, despite having received a copy of Plaintiff's Motion to Compel.

7. The Plaintiffs have responded to all Interrogatories that were served on them by the Defendants. The Interrogatories that were attached to the Defendants' Motion were never served on Plaintiff's counsel. Had they been served, they would have been answered at the same time as the other Interrogatories. The Plaintiffs delay in answering the Interrogatories was occasioned by the fact that they are elderly and one lives in Nevada and the other in Florida.

Signed under the pains and penalties of perjury this 10th day of December, 2006.

_____
Michael D. Rubenstein, Esq.

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #04-12700 RCL

| | |
|---|---|
| **MARILYN SCHLOSSBERG** AS ADMINISTRATRIX OF THE ESTATE OF FAYE SCHLOSSBERG, **MARILYN SCHLOSSBERG**, INDIVIDUALLY, **ROBERT S. SCHLOSSBERG**, INDIVIDUALLY, and **ALAN G. SCHLOSSBERG**, INDIVIDUALLY<br><br>Plaintiffs<br><br>v.<br><br>**TOWN OF NEWBURY**, **ROGER MERRY, CHIEF OF POLICE** in his Individual and Official Capacities **JOHN R. LUCEY JR.**, in his Individual and Official Capacities **MICHAEL J. FRAYLER**, in his Individual and Official Capacities **PEGGY OLSON**, in her Individual and Official Capacities.<br>Defendants | * |

**CERTIFICATE OF SERVICE**

I, Michael D. Rubenstein, attorney of record for the Plaintiffs in the within captioned matter, hereby certify that I have served a true copy of the Plaintiff's Opposition to Defendant's Motion to File Late Motion for Summary Judgment on the following individuals:

John J. Lang, Esq.
Lang & Associates
220 Broadway, Suite 105
Lynnfield, MA  01940

by first class mail, postage prepaid.

Signed under the pains and penalties of perjury this 10th day of December, 2006.

_Michael D. Rubenstein_
Michael D. Rubenstein, Esq.

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416