## COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, <br> Marilyn Schlossberg, Individually, <br> Robert Schlossberg, Individually, <br> And Alan G. Schlossberg, Individually, <br>     Plaintiffs <br><br> v. <br><br> Town of Newbury, <br> Roger Merry, Chief of Police in his Individual and Official Capacities <br> John R. Lucey, Jr., in his Individual and Official Capacities <br> Peggy Olsen, in her Individual and Official Capacities <br> Michael J. Frayler, in his Individual and Official Capacities, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### **DEFENDANTS' MOTION IN LIMINE TO PRECLUDE EVIDENCE OF OR REFERENCE TO CIVIL RIGHTS VIOLATIONS**

The Defendants hereby move in limine to preclude plaintiffs' from introducing evidence of or making any reference to the claims of alleged civil rights violations. As ground for this motion, the defendants state that the plaintiffs have not answered 8 sets of interrogatories served on May 12, 2005, copies of which are attached hereto. Those interrogatories requested the factual basis of the alleged civil rights violations, the identity of each person with knowledge of any such facts, and the identity of each document containing any such facts. As evidenced by the cover letter and certificate of service of defendants' counsel,

- 2 -

these 8 sets of interrogatories were served on plaintiff's counsel on May 12, 2005. Since 19 months have passed since the service of those interrogatories, and discovery closed 7 months ago, it would be unfair and prejudicial to allow the plaintiffs to proceed at trial on their civil rights claims.

By defendants' counsel,

"/s/ John J. Lang"
John J. Lang
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA  01940
(781) 595-3500
BBO# 542286

Dated: December 21, 2006

## COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, And Alan G. Schlossberg, Individually,     Plaintiffs | ) ) ) ) ) ) ) |
| v. | ) ) |
| Town of Newbury, Roger Merry, Chief of Police in his Individual and Official Capacities John R. Lucey, Jr., in his Individual and Official Capacities Peggy Olsen, in her Individual and Official Capacities Michael J. Frayler, in his Individual and Official Capacities,     Defendants | ) ) ) ) ) ) ) ) ) ) ) |

### DEFENDANTS' MOTION IN LIMINE TO PRECLUDE EVIDENCE OF OR REFERENCE TO CIVIL RIGHTS VIOLATIONS

The Defendants hereby move in limine to preclude plaintiffs' from introducing evidence of or making any reference to the claims of alleged civil rights violations. As ground for this motion, the defendants state that the plaintiffs have not answered 8 sets of interrogatories served on May 12, 2005, copies of which are attached hereto. Those interrogatories requested the factual basis of the alleged civil rights violations, the identity of each person with knowledge of any such facts, and the identity of each document containing any such facts. As evidenced by the cover letter and certificate of service of defendants' counsel,

- 2 -

these 8 sets of interrogatories were served on plaintiff's counsel on May 12, 2005. Since 19 months have passed since the service of those interrogatories, and discovery closed 7 months ago, it would be unfair and prejudicial to allow the plaintiffs to proceed at trial on their civil rights claims.

|  | By defendants' counsel, |
|---|---|
|  | "/s/ John J. Lang"<br>John J. Lang<br>LANG & ASSOCIATES<br>220 Broadway, Suite 105<br>Lynnfield, MA  01940<br>(781) 595-3500 |
| Dated: December 21, 2006 | BBO# 542286 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, <br> Marilyn Schlossberg, Individually, <br> Robert Schlossberg, Individually, <br> And Alan G. Schlossberg, Individually, <br>     Plaintiffs <br><br> v. <br><br> Town of Newbury, <br> Roger Merry, Chief of Police in his Individual and Official Capacities <br> John R. Lucey, Jr., in his Individual and Official Capacities <br> Peggy Olsen, in her Individual and Official Capacities <br> Michael J. Frayler, in his Individual and Official Capacities <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE OF SERVICE**

   I, John J. Lang, counsel for the defendants, hereby certify that I have on this date served a copy of the within:

- Defendants' Motion In Limine To Preclude Evidence Of or Reference To Civil Rights Violations
- Defendants' Motion In Limine To Preclude Expert Testimony

by faxing, and mailing, by first class mail, postage pre-paid, on:

Michael D. Rubenstein, Esquire
1725 Revere Beach Parkway
Everett, MA  02149

By defendants' counsel,

"/s/ John J. Lang"
John J. Lang
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA  01940
(781) 595-3500
BBO# 542286

Dated: December 21, 2006

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, And Alan G. Schlossberg, Individually,<br>    Plaintiffs<br><br>v.<br><br>Town of Newbury,<br>Roger Merry, Chief of Police in his Individual and Official Capacities<br>John R. Lucey, Jr., in his Individual and Official Capacities<br>Peggy Olsen, in her Individual and Official Capacities<br>Michael J. Frayler, in his Individual and Official Capacities<br>Kevin Martin, in his Individual and Official Capacities,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

   I, John J. Lang, counsel for the defendants, hereby certify that I have on this date served a copy of the within:

- Defendant, Roger Merry's Interrogatories to the Plaintiff, Marilyn Schlossberg;
- Defendant, Roger Merry's Interrogatories to the Plaintiff, Robert Schlossberg;
- Defendant, John R. Lucey's Interrogatories to the Plaintiff, Marilyn Schlossberg;
- Defendant, John R. Lucey's Interrogatories to the Plaintiff, Robert Schlossberg;
- Defendant, Peggy Olsen's Interrogatories to the Plaintiff, Marilyn Schlossberg;
- Defendant, Peggy Olsen's Interrogatories to the Plaintiff, Robert Schlossberg;
- Defendant, Michael J. Frayler's Interrogatories to the Plaintiff, Marilyn Schlossberg;
- Defendant, Michael J. Frayler's Interrogatories to the Plaintiff, Robert Schlossberg;

by mailing, by first class mail, postage pre-paid, on:

Counsel for Plaintiffs
Michael D. Rubenstein, Esquire
1725 Revere Beach Parkway
Everett, MA  02149

- 2 -

<u>Counsel for Defendant, Kevin Martin</u>
John A. Kiernan, Esquire
Kenneth H. Naide, Esquire
Bonner, Kiernan, Trebach & Crociata
One Liberty Square, 6th Floor
Boston, MA  02109

                        By defendants' counsel,

                        <u>"/s/ John J. Lang"</u>
                        John J. Lang
                        LANG & ASSOCIATES
                        220 Broadway, Suite 105
                        Lynnfield, MA  01940
                        (781) 595-3500
Dated: May 12, 2005          BBO# 542286

# LANG & ASSOCIATES
### ATTORNEYS AT LAW
_____

220 Broadway, Suite 105
Lynnfield, Massachusetts, 01940
Tel. (781) 595-3500
Fax (781) 595-8585

Writer's information:
JOHN J. LANG, ESQUIRE
EMAIL: jlang@jlangandassociates.com


May 12, 2005

Michael D. Rubenstein, Esquire
1725 Revere Beach Parkway
Everett, MA  02149

RE: Marilyn Schlossberg as Administratrix
     Of the Estate of Faye Schlossberg
Vs.  Town of Newbury, et. al.
Civil Action No: 04-12700 RCL

Dear Attorney Rubenstein:

Enclosed please find the following documents with regard to the above captioned matter:

1. Defendant, Roger Merry's Interrogatories to the Plaintiff, Marilyn Schlossberg;
2. Defendant, Roger Merry's Interrogatories to the Plaintiff, Robert Schlossberg;
3. Defendant, John R. Lucey's Interrogatories to the Plaintiff, Marilyn Schlossberg;
4. Defendant, John R. Lucey's Interrogatories to the Plaintiff, Robert Schlossberg;
5. Defendant, Peggy Olsen's Interrogatories to the Plaintiff, Marilyn Schlossberg;
6. Defendant, Peggy Olsen's Interrogatories to the Plaintiff, Robert Schlossberg;
7. Defendant, Michael J. Frayler's Interrogatories to the Plaintiff, Marilyn Schlossberg;
8. Defendant, Michael J. Frayler's Interrogatories to the Plaintiff, Robert Schlossberg; and
9. Certificate of Service.

Very truly yours,

"/s/ John J. Lang"
John J. Lang

Enclosures

Cc:  John Kiernan, Esq.
      Guaranty Fund/Gerard Hosman/GFMS 210536