UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #04-12700 RCL

| | |
|---|---|
| **MARILYN SCHLOSSBERG**<br>AS ADMINISTRATRIX OF THE<br>ESTATE OF FAYE SCHLOSSBERG,<br>**MARILYN SCHLOSSBERG**, INDIVIDUALLY,<br>**ROBERT S. SCHLOSSBERG**, INDIVIDUALLY,<br>and **ALAN G. SCHLOSSBERG**, INDIVIDUALLY<br><br>            Plaintiffs<br><br>v.<br><br>**TOWN OF NEWBURY**,<br>**ROGER MERRY, CHIEF OF POLICE** in his<br>Individual and Official Capacities<br>**JOHN R. LUCEY JR.**, in his Individual<br>and Official Capacities<br>**MICHAEL J. FRAYLER**, in his Individual<br>and Official Capacities<br>**PEGGY OLSON**, in her Individual and<br>Official Capacities.<br>            Defendants | |

**ASSENTED TO MOTION TO CONTINUE TRIAL**

Now comes the Plaintiffs, and respectfully move that the trial date scheduled for April 2, 2007 be continued. As grounds for said motion, the Plaintiffs assert the following:

1.  At the time that the Court scheduled this matter for trial, Plaintiff's counsel informed the Court that he was scheduled to begin a week long trial in Norfolk Superior Court on April 2, 2007 in the matter of <u>Nextgen Realty, Inc. v. Greater Metropolitan Real Estate, et al,</u> Civil Action No. 05-1780.

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX (617) 387-4416

2.  This Honorable Court informed counsel that he should check with the Norfolk Superior Court shortly before the trial date, and if it appeared that his Superior Court trial was going to go forward, that he should notify the Court, and that the Court would not hold him to the April 2, 2007 trial date in this matter.

3.  As of today's date, Plaintiff's counsel has been informed by the clerk's office at the Norfolk Superior Court that the matter has been marked first case out, and that the trial is going to go forward on April 2nd, and that witness summonses should go out and that the parties must be present and be ready for trial on that date.

4.  In the interim, Plaintiff's counsel has received notice from this Court that the above-captioned case has also been marked first case out and is scheduled to begin trial on April 2nd.

5.  Plaintiff's counsel now finds himself scheduled for trial in two different courts, both cases marked first case out on the same date. Plaintiff's counsel cannot possibly be in two courts on trial on the same date, nor can he possibly prepare for two such extensive trials at the same time.

6.  This matter is scheduled for a mediation before the Honorable Leo T. Sorokin on March 29, 2007 at 9:30 a.m., and counsel must prepare for that hearing as well.

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

7. Plaintiff's witnesses are coming from Las Vegas, Nevada and Florida, and it would cause them great hardship to have to travel such great distances if the matter is not going to be heard due to counsel's scheduling conflict.

8. Defendant's counsel has assented to a continuance of this matter as well due to the

   **WHEREFORE**, the Plaintiffs respectfully move that this Honorable Court continue the trial of this matter to a later date. Counsel for the parties can provide available dates to the Court on March 29, 2007 when they appear for the mediation, if the case is not resolved that day.

Dated: 3/23/07

    Respectfully submitted,
    Marilyn Schlossberg, et al
    By their attorney,

    *Michael D. Rubenstein*

    Michael D. Rubenstein, Esq.
    1725 Revere Beach Parkway
    Everett, MA  02149
    (617) 387-3548
    B.B.O. #545358

Assented to:

*John Lang by MR*
John Lang, Esq.
Attorney for Defendants

MICHAEL D. RUBENSTEIN
ATTORNEY AT LAW

1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149
TEL: (617) 387-3548
FAX: (617) 387-4416

*Michael D. Rubenstein*
ATTORNEY AT LAW
1725 REVERE BEACH PARKWAY
EVERETT, MASSACHUSETTS 02149

(617) 387-3548
(FAX) (617) 387-4416

March 23, 2007

Hon. Reginald Lindsey
United States District Court
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

    RE:  Marilyn Schlossberg, Administratrix of
          the Estate of Faye Schlossberg, et al
    VS:  Town of Newbury, et al
    NO:  04-12700 RCL

Your Honor:

    Enclosed please find an emergency **MOTION TO CONTINUE** in the above-entitled matter.  Said motion is assented to by counsel for the Defendants.

    My apologies for the short notice, but as you will see in the motion, I advised you that I had a conflicting engagement on April 2nd which was likely to go forward when we scheduled this case for trial.  You told me to let you know on or before March 29, 2006 if that case was going to go to trial, and indicated that if it were going to go, that you would not hold me to the April 2nd trial date.

    Thank you in advance for your consideration.

Very truly yours,

*Michael D. Rubenstein*
Michael D. Rubenstein, Esq.

MDR/sn

Enclosure

cc: Atty. Lang