# COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, And Alan G. Schlossberg, Individually, Plaintiffs | ) ) ) ) ) ) ) |
| v. | ) ) |
| Town of Newbury, Roger Merry, Chief of Police in his Individual and Official Capacities John R. Lucey, Jr., in his Individual and Official Capacities Peggy Olsen, in her Individual and Official Capacities Michael J. Frayler, in his Individual and Official Capacities, Defendants | ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Mass. R. Civ. P. 41 (a) (1) (ii) hereby stipulate that said action be dismissed, with prejudice and without costs.

By Defendant's attorney,

*John Lang*
John J. Lang, Esq.
LANG & ASSOCIATES
220 Broadway, Suite 105
Boston, MA 02210
(781) 595-3500
BBO# 542286

DATED: 5-24-07

By Plaintiff's attorney,

*Michael D. Rubenstein (jjl)*
Michael D. Rubenstein, Esq.
1725 Revere Beach Parkway
Everett, MA 02149
(617) 387-3548
BBO#

DATED: 5-24-07

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. No: 04-12700 RCL

| | |
|---|---|
| Marilyn Schlossberg as Administratrix of the Estate of Faye Schlossberg, Marilyn Schlossberg, Individually, Robert Schlossberg, Individually, And Alan G. Schlossberg, Individually,<br>    Plaintiffs<br><br>v.<br><br>Town of Newbury,<br>Roger Merry, Chief of Police in his Individual and Official Capacities<br>John R. Lucey, Jr., in his Individual and Official Capacities<br>Peggy Olsen, in her Individual and Official Capacities<br>Michael J. Frayler, in his Individual and Official Capacities<br>Kevin Martin, in his Individual and Official Capacities,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, John J. Lang, counsel for the defendants, hereby certify that I have on this date served a copy of the within:

- Stipulation of Dismissal

by mailing, by first class mail, postage pre-paid, on:

Michael D. Rubenstein, Esquire
1725 Revere Beach Parkway
Everett, MA  02149

By defendants' counsel,

_____
John J. Lang
LANG & ASSOCIATES
220 Broadway, Suite 105
Lynnfield, MA  01940
(781) 595-3500
BBO# 542286

Dated: May 24, 2007